# EXHIBIT C

(1)

Từ ngày anh thiếu nợ thẻ em khuyên nên đưa thẻ em trả tiền và đóng lại hết, nhưng anh Bảo trả hết, còn thẻ tên Trâm, Tuyết anh giữ lại không hủy bỏ để tiếp tục. Cùng mùa cho thẻ lên tiền nhiều quá — em khổg trả nổi. Vì vậy gây gỗ whời cãi nhau ➡

Thứ ↕

2009,
Còn năm 2010, anh cãi nhau về chuyện anh giận em đem con Baby SISTER, mau giấu nó là không có ở đó nên anh đến picky up, không được về nhà nói em nói dốc, nói láo nên lấy ghế pha vô tường nên em phải tránh ra và đập vào đầu, chảy máu, đau khủ khình nên

CONFIDENTIAL  APFTRANK 1369

②

Tuyết Cô in giấy tờ Quảng cáo — em in poster để Quảng cáo cho 50% gắn lồng mũ nhưng không hỏi ý kiến ông chồng sự chấp nhận in kiểu mẫu dáng kích thước. 9"' × 12"' — Khi đã in la xong gởi đi Quảng cáo ông ta giận lên Cãi nhau đem ra parking lot tiệm để tiệm anh ấy Bốp KO em và cô Bạn CinDy Nguyễn có mặt chỗ đó parking lot cô ấy Can ra không kêu Cảnh sát —

ngày MAR, 1, 2 2015 gần đây nhất phone CinDy / 281. 409. 8669, cell,

CONFIDENTIAL   APP TRAN K 1320

(3)

Có Bạn đến B Tiệm. Bạn Long mở của ông chồng Tuyết đang làm ở đó ông chồng muốn em đến tiệm dọn dẹp clean up và làm việc hôm đó em làm nhiều nên chậm trễ anh giận hỏi em tại sao không dọn dẹp thì la lên và hỏi sao đi năm tại vì em bị đau đầu quá anh chồng đến lấy 3 ghế phang vô tường lưng tường và xô ghế ngã trong tiệm

(✶) June. 2, 2015. Cô cháu gái đến tiệm để làm việc Ký hợp đồng làm đầu tuần Mon, Tue,

2010, He tracked me & I flattened my 4 tires because was buying dinner for my kids &

CONFIDENTIAL    FM.    TRAN 0046

[handwritten text indicated in italics:]

*(1)*

*Since he had credit card debt, I encouraged him to give me all the credit cards and I would pay his debt then close them all; however he said he would repay all of them, he only kept the card under the name TRAN, Tuyet and continued using it. Therefore, the debts built up to such a large amount that I could not repay them. Then he became quarrelsome and fought with me because of that.*

*This is from 2009.*

*Then in 2009, 2010, he had a quarrel with me because he was mad that I sent our kid to the babysitter without telling him, so when he went to pick up but could not. Upon arriving home, he screamed that I was lying to him and he banged the chair against the wall, forcing me dodge and hit the wall, causing my chronic headache.*

[handwritten text indicated in italics:]

*(2)*

*Tuyet had the advertising posters printed.*

*I had the posters printed for advertising the discount of 50% for artificial eyelash service without asking my husband's approval of the size, 9 x 12 [illegible]. After getting the prints and mailing the advertisement out, my husband got angry, became quarrelsome, dragged me to the parking lot in front of the salon and strangled me. My friend Cindy Nguyen was in the parking lot and witnessed this. She dissuaded, asking him to stop, otherwise she would call the police.*

*March 01-02, 2015, the most recent time I called Cindy on her cell, at 281.499.8669.*

[handwritten text indicated in italics:]

*(3)*

*There were friends visiting the eyelash shop where my husband worked. My husband wanted me to come and clean up the shop then worked there. I had lots of work that day and was late in the cleaning. He angrily asked me why I had not cleaned up but instead having some taking a break instead. I said I was having a bad headache, for which he furiously banged three chairs to the wall and pushed all the chairs in the store.*

*\* June 06, 2015, a niece came to the shop to sign contract for work on Mondays and Tuesdays.*

*2010, He tracked me, & flattened my four tires because I was buying dinner for my kids at Pho Saigon on FM529 & HWY6.*

**CONFIDENTIAL**   APPENDIX 1374 / TRYAN 1324



City of New York, State of New York, County of New York

I, Wendy Poon, hereby certify that the document "Tuyet Tran - Affidavit in Vietnamese" is, to the best of my knowledge and belief, a true and accurate translation from Vietnamese into English.

Wendy Poon

Sworn to before me this
August 10, 2018

Signature, Notary Public

ANDERS MIKAEL EKHOLM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01EK6378373
Qualified in New York County
My Commission Expires 07-23-2022

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES WORLDWIDE

CONFIDENTIAL     APPENDIX 1375
TRANSK 1375