# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. No.4:17-CV-02818 |
| | § § | |
| TRANG VU, P.T., a minor and D.T., a minor Defendants. | § § § § | |

**DEFENDANT, ITANI MILLENI's OBJECTIONS, ANSWERS AND RESPONSES TO DEFENDANTS-CROSS-PLAINTIFFS, P.T., A MINOR, AND D.T., A MINOR's FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION**

TO:   Defendant/Cross-Plaintiffs, P.T. and D.T., minors, by and through their attorneys of record, Ms. Megan C. Moore, RUSTY HARDIN & ASSOCIATES, LLP, 5 Houston Center, 1401 McKinney St., Suite 2250, Houston, Texas 77010.

Defendant, ITANI MILLENI, hereby files his Objections, Answers and Responses to Defendant/Cross-Plaintiffs, P.T. and D.T., minors' First Set of Interrogatories and First Request for Production served to him by the Defendant/Cross-Plaintiffs.

1

Respectfully Submitted,

THE CALLAHAN LAW FIRM

_____
MICHAEL S. CALLAHAN
Texas Bar No. 00790416
Federal Bar No. 18903
CASEY M. BROWN
Texas Bar No. 24031768
Federal Bar No. 30621
THE CALLAHAN LAW FIRM
440 Louisiana Street, Suite 2050
Houston, Texas 77002
(713) 224-9000
(713) 224-9001 (fax)
Email: efiling@thecallahanlawfirm.com

ATTORNEYS FOR COUNTER-PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 8th, 2018, a true and correct copy of the above and foregoing was served upon opposing counsel listed below via certified mail.

Ms. Megan C. Moore
RUSTY HARDIN & ASSOCIATES, LLP
5 Houston Center, 1401 McKinney St., Suite 2250
Houston, Texas 77010

_____
MICHAEL CALLAHAN
CASEY BROWN

2

APPENDIX 0143

| | | |
|---|---|---|
| Name of Employer | : | Raider Express |
| Address | : | 2400 Cold Springs Road<br>Fort Worth, Texas 76106 |
| Dates of Employment | : | 2017 - 2018 |
| Job Title | : | CDL driver |
| Reason for leaving | : | I completed my training. |

| | | |
|---|---|---|
| Name of Employer | : | Schneider Trucking |
| Address | : | numerous locations |
| Dates of Employment | : | 2018 - present |
| Job Title | : | CDL driver |
| Reason for leaving | : | I was looking for a permanent employment in the trucking business. |

**INTERROGATORY NO. 2:**
Identify any businesses in which you have had an ownership interest in whole or in part.

**ANSWER:** I had an interest in Signature Beauty Shop.

**INTERROGATORY NO. 3:**
Why did you change your name and why did you choose "Itani Milleni"?

**OBJECTION:** The question is overly broad and not reasonably limited in time or scope to matters relevant to this lawsuit. Subject to the foregoing objection and without waiving same, Defendant responds as follows:

**ANSWER:** My wife had passed away on July 20, 2015 and I had trouble recovering from my loss and I believed a new name would help with the healing process. I chose "Itani Milleni" because I had read a scientific document about space and the universe online and I found some peace and serenity. The author of the scientific document that I read was named Itani Milleni.

**INTERROGATORY NO. 4:**
Did you hit, choke, or otherwise physically assault Tuyet Tran at any point between August 1, 2001, and July 21, 2015? If your answer to this question is anything other than an unqualified "no," please describe the following regarding each such incident:

    a. The date and time of the incident;

    b. The location of where the incident took place;

    c. The identity of any persons who witnessed the incident;

  d. What provoked the incident;

  e. Whether the police were called in response the incident; and

  f. Whether Tuyet Tran received medical treatment because of the incident.

**ANSWER:** Yes, about 12 years ago, when we lived at 19822 Hidden Shadow Labe, Cypress, Texas. I had an argument with my wife in regards to hiding my children from me. At the time of the incident, my children were in bed asleep and my wife and I were alone in the house and we were arguing. The police were called to the residence but neither my wife nor I were arrested or charged. My wife did not need any medical treatment.

**INTERROGATORY NO. 5:**
Did you kill Tuyet Tran?

**ANSWER:** I did not kill Tuyet Tran, my wife.

**INTERROGATORY NO. 6:**
If your answer to Interrogatory No. 5 was "no," who do you believe is responsible for the death of Tuyet Tran and what is the factual basis for your belief?

**ANSWER:** I believe my wife was killed by burglars.

**INTERROGATORY NO. 7:**
Identify any tenants living at 9226 Sandstone, Houston, TX 77036, while you were married to Tuyet Tran.

**ANSWER:** The occupants that resided at 9226 Sandstone where myself, my wife, my two children and a roommate by the name of Robbins Mitchell.

**INTERROGATORY NO. 8:**
State the home telephone or mobile phone numbers for any personal phones used by (1) you; (2) Tuyet Tran; or (3) Minor Defendants in 2015.

**ANSWER:** My phone number is (713) 992-6864. I cannot remember my wife's number but my children's phone number is (281) 221-7714.