# EXHIBIT I

APPENDIX 0154

# VIDEO OF MEETING WITH DIVORCE ATTORNEY