# EXHIBIT K-1





July 6th, 2015

Dear Boy & ▌,

Daddy sorry for the picture above. You were interrupted while doing your daily activities. Please do not feel bad about what happened. You know all along it was daddy's fault. I was mean and yelling at your mommy all the times. You don't like it and you know why I was doing that right? While I was trying to teach you and your mommy, I was also trying to teach myself so that our family can be better. I told your mommy that several times.

The problem is not you. The problem is between your mommy and daddy. We were not able to get along. Therefore, your mommy and I have finally decided to work it out, once and for all. Your mommy and I have a solution to our problem, just like how you find solution or answer to your math problem! (Tell Shayonlonda that you are missing your IXL math and English practice. Explain to her that you will be falling behind when you go back to school. Tell her that you are the smartest kids in your class. Your teachers know that. Tell her about our secret trick for taking school test "there is no testing for you because you already know the answer!" Tell her that testing making your friends nervous, but testing is like lesson practice for you).

Because mommy and daddy have found a solution to our problem, you will not see us fighting in the house again. Daddy is a nice, polite man now, I am not yelling any more. Daddy havefound the answer. I'm now free from anger and problem. Just like how you've been telling your "bad friends" to go away, I've told "bad daddy" to go away, too!

For Daddy's achievement, Boy& ▌, please give "hi Five" to each others and to Shayonlonda. Say congratulations to your new daddy.

You see, I told you not to feel bad, we're a better family now. You make friend with Shyonlonda and people work there with you, OK! You make good friends with other kids there, too. Teach them what you have learned from Boy & Girl Scouts. It's good for your friends. Please give everyone around you a hug now. The police and Shayonlonda have been doing good things for you. Thank them now for teaching your bad daddy a lesson. Bad Daddy is gone now. You don't need to worry about it anymore. You've learned to be independent in your thinking and in whatever you do. You make new friends where ever you go and you have plenty of love when daddy is not there with you. Remember, you are the scouts of America. Look around you, you see, you have love and friends. You are already having more brothers and sisters now. We don't need to go to orphanage house to adopt them (you can do it later). Share things with your friends. Tell them that you can shoot an egg at a distance of 67 to 80 feet away with your BB rifles; and your talent show rubik cubes performance while upside down that nobody in your school can do that. Your Pogo Stick, and more....

You've missed a few events this Summer. Don't worry, we'll make it up later. You just have a good time for now with your new friends, brothers and sisters. Remember to get their contact phone numbers so you can call them later.

▇ & Boy, teach your new friends, brothers & sisters to perform following activities:

## The Star Spangled Banner

Oh, say can you see by the dawn's early light
What so proudly we hailed at the twilight's last gleaming
Whose broad stripes and bright stars thru the perilous fight,
O'er the ramparts we watched were so gallantly streaming
And the rocket's red glare, the bombs bursting in air,
Gave proof through the night that our flag was still there.
Oh, say does that star-spangled banner yet wave
O'er the land of the free and the home of the brave



"I pledge allegiance to the Flag of the United States of America, and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all."

usboardingschool.com



## The Girl Scout Promise

On my honor, I will try:
To serve God and my country,
 To help people at all times,
And to live by the Girl Scout Law.

## The Girl Scout Law

I will do my best to be
    honest and fair,
    friendly and helpful,
    considerate and caring,
    courageous and strong, and
    responsible for what I say and do,
and to
    respect myself and others,
    respect authority,
    use resources wisely,
    make the world a better place, and
    be a sister to every Girl Scout.

## Boy Scout Oath (or Promise)

On my honor I will do my best
To do my duty to God and my country
and to obey the Scout Law;
To help other people at all times;
To keep myself physically strong,
mentally awake, and morally straight.

## Scout Law

A Scout is trustworthy, loyal, helpful, friendly,
courteous, kind, obedient, cheerful, thrifty,
brave, clean, and reverent.

## Explain the Three Finger Salute



APPENDIX 0197

## Girl Scout Song: Make new friends

Make new friends,
but keep the old.
One is silver,
the other is gold.
A circle is round,
it has no end.
That's how long,
I will be your friend.

A fire burns bright,
it warms the heart.
We've been friends,
from the very start.

You have one hand,
I have the other.
Put them together,
We have each other.

Silver is precious,
Gold is too.
I am precious,
and so are you.

You help me,
and I'll help you
and together
we will see it through.

The sky is blue
The Earth is green
I can help
to keep it clean

Across the land
Across the sea
Friends forever
We will always be

## The end

APPENDIX 0198