# EXHIBIT K-2

APPENDIX 0199

# A Parent Petition for Relief and Well Being of
# P▇▇ T▇▇ & D▇▇▇ T▇▇

## Trang Vu
## Petitioner & Alleged Father

### July 3rd, 2015

### To

**Fredrick Jones**
CPS Supervisor

**Shayolonda Herron**
CPS Field Investigator

**Dan Phi Nguyen**
County Attorney for CPS

**Shandon Phan**
Legal Counsel for Petitioner


EXHIBIT

APPENDIX 0200

Dear Sir/Madam, CPS and Legal Counsels:

I am the named the alleged father of your CPS case#2015-03795J. My kids, ▮▮▮▮▮, are currently in custody of CPS.

This petition is to plead for your understanding, your mercy, and your cooperation to dissolve my case in our mutual interest of protection and well being of the kids.

I do not want to contest your allegations. I admit my guilt for causing my family disputes and violence. I am asking for a peaceful resolution, termination or dismissal of this case to stop further disruption, distress, psychological effect, and academic performance retardation of ▮▮▮▮▮

The reason for dismissal is originated from misunderstanding and bad communication between me, Robbins Mitchell and Shyonlonda Herron, CPS Field Investigator.

### First Appointment with Shayonlonda, CPS Field Investigator

On June 5th, 2015 my wife, Tuyet Tran, gave me a business card of Shayonlonda, CPS Investigator and informed me that CPS was investigating about D▮▮▮ T▮▮'s incident in school. On June 10th, I politely invited Shayonlonda to my house for a meeting to help her complete the investigation. As shown in email below:

> **From:** Herron,Shayolonda L (DFPS) [mailto:Shayolonda.Herron@dfps.state.tx.us]
> **Sent:** Wednesday, June 10, 2015 10:07 AM
> **To:** Trang Houston
> **Subject:** Re: Address 9226 Sandstone St, 77036
> My apologies Mr. Vu, I was on vacation. Please give me adage and time you are available to speak with me to discuss the CPS case involving your family.
>
> On Jun 5, 2015, at 10:52 AM, Trang Houston <tranghouston@live.com> wrote:
> Hi Shayolonda,
> My name is Trang Vu at 9226 Sandstone St. Houston, TX 77036. You visited our family recently but unfortunately I was not there to meet you. I've called your cell number today and left you a voice message to contact me. Can you please contact me so we can set up an appointment regarding your investigation.
> Please contact me at:
> Cell 713-992-6864
> Work 281-444-1585 x 496
> Email TrangHouston@live.com
>
> Thank you,
> Trang Vu

APPENDIX 0201

We agreed on a meeting scheduled for June 13th

> **From:** Trang Houston [mailto:tranghouston@live.com]
> **Sent:** Wednesday, June 10, 2015 10:38 AM
> **To:** Herron,Shayolonda L (DFPS)
> **Subject:** RE: Address 9226 Sandstone St, 77036
>
> Thank you Shayolonda for your appointment confirmation.  We'll meet on Saturday about noon time.
> Thanks,
>  Trang Vu
> Cell 713-992-6864
> Work 281-444-1585 x 496
>
> **From:** Herron,Shayolonda L (DFPS) [mailto:Shayolonda.Herron@dfps.state.tx.us]
> **Sent:** Wednesday, June 10, 2015 10:32 AM
> **To:** Trang Houston
> **Subject:** Re: Address 9226 Sandstone St, 77036
> I will come Saturday 6/13 between 12pm and 1pm.
>
> On Jun 10, 2015, at 10:19 AM, Trang Houston <tranghouston@live.com> wrote:
> Hi Shayolonda,
> The available times for our meeting are as follows.  Please see which one is most convenience for you:
> Thursday thru Friday, June 11th - 12th at 7:30 PM
> Saturday thru Sunday, June 13th - 14th any time
>  Address: 9226 Sandstone St.  Houston, TX 77036
>  Thanks,
>  Trang Vu

On June 23rd I cooperated with Shayonlonda and told her that my kids are fine and there is no evidence of child abuse and neglect in my family. Therefore, I told her to stop spying on my family.

---

From: Trang Houston [mailto:tranghouston@live.com]
Sent: Tuesday, June 23, 2015 6:33 AM
To: Herron,Shayolonda L (DFPS)
Cc: White,Sondra D (DFPS); DFPS OCA
Subject: RE: Case Name: Tran, Tuyet, Case Number: 43704113

Hi Shayolonda,
In the interest of protecting the children of America and respecting your CPS professional service for the children, I agreed to hold a meeting with you at my private residency on Saturday, June 13th, 2015 regarding D█████ T█ to help you complete your case. Unfortunately, you were seemed unprepared and decided to walk out of the meeting. My private home video recording served my family to protect them and my private property, as much as you were allowed to bring your own investigating tools (paper, pen, and recording devices) to the meeting. My private property did not interfere with your job and in anyway hamper your investigation. It did not contribute to your failure at the said meeting. My home completely provided you transparency and clearance to help you complete your public investigation.
Prior to the meeting, you also have had several opportunities to contact the school and my family members; you had meeting with them and collected private, factual information without my present and authorization. Your investigation and findings in this case did not present evidence of child abuse or neglect.
At this point in regarding your email request, I uphold my civil liberty and do not want to participate further in your case. Effective upon receipt of this notice, I request you to terminate your investigation. I do not consent nor authorize you to further continue your investigation or perform any activity relating to my family.
I request you to provide me all records and complete report of this case.
Your resources and CPS service is much needed where children are truly abused and neglected.
Thank you,
Trang vu
Address: 9226 Sandstone St. Houston, TX 77036
Cell 713-992-6864
Work 281-444-1585 x 496

---

### Next day on June 24th

With no further communication from CPS, Shayonlonda came down hard on my family with Court Order for an emergency situation. I explained to the police there is **no emergency situation** at my family, and it is unnecessary to disrupt the family.

### My family was forced against our will to comply with Court Order

I was shocked with court order to remove the kids from the family and Robbins Mitchell was arrested for trying to protect the kids from false allegations. I worked with the officers to comply with Court Order. I felt like Shayonlonda was truly doing the choke hold on me. She brought me to my knees and I couldn't understand the reason.

## A distraught text message to Sayonlonda:

After the arrest, I was helpless and pleaded to Shayonlonda to release the kids in following message:

> Shayonlonda's request:
> Mr. Vu I need to reschedule our appointment to 10:30am because there is no translator available at 9am. Is 10:30am okay with you?
>
> Trang replied:
> Yes that is fine
> Btw. I remember that Robbins Mitchell called you a liar. That was not appropriate of him and he acted again today and got arrested. Please understand he's a retired Old man living on fixed income he is a big mouth but he is harmless. I apologize if he upset you. I told police he's old man and doesn't hurt anything but yhey arrested him with no shoes and in sleeping pajamas. I am sorry. The whole thing was misunderstanding and kids don't need to get involve and be treated in stressful situation. Their lives are interrupted they have summer school program to go to. They are straight A's students. Kids plays and don't mean to hurt friends. What happened was an accident. I will go to your meeting tomorrow to explain every thing to you. In email I sent you I said I do respect your professional CPS service. Robbins Mitchell acted in protection for the kid. I appologize. Please let kids be normal. It's in our best interest. If you are in my situation. You'll feel same. This situation is not really necessary. If you want to punish me please do. But kids are innocent and should be free to grow and learn to make things better for us all tomorrow. I see you tomorrow at your office.
> Thank you,
> Trang Vu, father

APPENDIX 0204

## Home video camera

The video camera recording in my home was to protect my family and private property. At the meeting I pointed out and informed Shayonlonda that there is a video camera recording in my home. I did not want the State Department to invade my family's privacy and violate our rights. Because I believe in America's freedom, liberty, and the rights of its citizen. Just like our forefathers in America, I want to hold true to American values. The kids embrace the American philosophy as well but in contrary they were scared as you will see in the video. I don't want my family to live in fear of the State harassment, intimidation, and false arrest, accusation and prosecution.

## Robbins Mitchell's interference and his arrest

Robbins Mitchell thought that CPS was unjustly targeting and harassing my family for no reason; therefore, he defended the kids and the family. At the first meeting, Shayonlonda requested to have a private meeting with me and without Robbins Mitchell. Upon her request, I cooperated with her and I asked Robbins Mitchell to leave the room and to allow us continue the conversation. I wanted to help and complete Shayonlonda's investigation. I was willingly cooperated with Shayonlonda and did not stop her from doing her investigation.

After Robbins Mitchell's arrest, I also expressed my apologies to Shayonlonda for his behavior.

Please review actual video footage at web link: http://1drv.ms/1LBSfZw.

This video is large, 2.5 GB. For better viewing, please first download video to your computer.



## Why I was upset and threw the chair in the house

At previous address on Hidden Shadow Ln, Houston, TX. We had a family matter to discuss and I told my wife to meet me at home for discussion. I left work, went home early and waited at home. My wife skipped the meeting and did not inform me.

At 3 o'clock PM, I waited at the school bus stop to see the kids, but school bus dropped off all the kids EXCEPT my kids, ████████████. I called the school and they told me that the mother came to school early before lunch, interrupted the kids' class and picked them up for unknown reason. I then called my friend who normally babysitting the kids and asked where about the kids. My friend said they had no knowledge of the kids. I called my wife hundreds of times but she never answered the phone. I decided to call 911 for help. The police had no information of my wife and the kids and no accident reported. For the whole day, I missed my work and was helplessly looking for the kids.

Later that night, my wife and the kids returned home. I found out that my wife colluded with her friend (who was babysitting the kids) to kidnap the kids from the father. They disrupted the kids' studying, they kept the kids at the friend's house, the friend lied to me, and my wife went to do her business with other adults while the kids was forced to stay out of school at the friend's house.

I told my friend that I could have reported them to the police for kidnapping the kids and disrupted the kids' schooling. I told my wife that "she CANNOT do that in America". The mother had acted unreasonable and drove me up the wall. I was in emotional distress. I climbed up the wall and I threw the chair.

I agree that I am the **"alleged husband"**, not the said in Court Order **"alleged father"**. I know my reaction was wrongly and violently got out of control in my family house. But I do not harm the kids.

I admit my guilt and I will forever not doing this again.

APPENDIX 0206

<u>Head scarf</u> (a Muslim cultural/religious dress called burqa)

P▮ was wearing head scarf to school to learn with one of her best Muslim friends, Anosha ▮▮. Anosha gave P▮ the head scarf:

    Name: Anosha ▮▮

    Phone ▮▮

    Address: ▮▮

My kids learn, experience, and respect different cultures and religions. They are open minded kids; and they learn diversity of humans. I do not indoctrinate my kids to a fix vision on one part of the world. There is no bump or bruise on their heads to be covered; in contrary they were discovering our infinite universe.

P▮ & D▮ told me that they wanted to adopt some brothers and sisters to live with them. D▮ told me he wanted some dark skin brothers. P▮ wanted some Korean and Japanese sisters. I told them that they can have all colors they want and we will go together to an orphanage house soon.

*Your wrongful accusation of child abuse and neglect will not help me fulfil their wishes for adoption of brothers and sisters.*

<u>I help my wife</u>

Since my wife had never completed her high school education and the kids' fast academic performance had gone beyond the mother's ability to teach, I built a business for my wife to work in China Town on Bellaire Blvd so she can be more productive in Houston community. I hope that the business will educate her, reduce bad influences, and help building her life in America.

<u>I take the kids to the stars and the moon beyond planet earth</u>

- The kids are the fastest typists at Harmony school.
- The kids achieved their school talent show.
- I take the kids regularly on Saturday to library to check out books.
- Both kids are in the School Gift & Talented School.
- The kids attended other talent program outside of school program such as Duke Tip http://tip.duke.edu/

APPENDIX 0207

- The kids treated free dining every time when they go to Kim Son Restaurant in China Town. All they have to do is showing their special passport, straight A's Report Cards https://www.eventbrite.com/e/annual-straight-a-program-awards-banquet-tickets-16418774998
- The kids have science projects to do during the summer. It is currently interrupted because they are in CPS custody.
- The kids go to the stars and the moon. https://vimeo.com/73512749
- The kids Webpage https://earthgravity.wordpress.com
- The kids are Boys and Girls Scout of America. Their weekly meetings are interrupted because they are in CPS custody.
    - https://www.youtube.com/watch?v=3RdJaSRsbdg
    - https://www.youtube.com/watch?v=3Oc9wUlt6vU#t=16



- I informed Shayonlonda that the kids' Summer Speed Reading Program is interrupted and requested permission to continue. But the Kids were in CPS custody:

> From: Trang Houston [mailto:tranghouston@live.com]
> Sent: Friday, June 26, 2015 9:55 AM
> To: 'Herron,Shayolonda L (DFPS)'
> Subject: Summer Reading Program and Daily Study
>
> Shayolonda,
> The kids are attending Summer Reading Program. It is important for them. Please allow them to continue their studying without interruption. The caretakers I emailed you previously can accommodate the kids by giving them transportation and other needs for their daily study. Please let me know that you can make arrangement for them to be with a caretaker.
> I appreciate your help.
> Thanks,
> Trang
> 713-992-6864



Dear Trang,

██████████ reading class begins on 6/16/2015. Please:

1) Arrive 10 minutes early for the first lesson and check in with the teacher.

2) Bring a pen or pencil to each class.

3) Attend the parent meeting during the last 10 minutes of the first lesson, where you'll receive program information and other materials.

4) Supervise the homework, which will take P████ 45 minutes to one hour, 4 times per week.

5) Attend the parent meetings during the last 15 minutes of the first lesson and the last 10 minutes of the fifth lesson.

We look forward to helping ██████████ make gains in reading speed and develop strong comprehension and study skills.

Student and Program Information

**Student:** P████ T████
Family: 1557791
Program: 5 (Entering 6th through 8th Graders)
Payment Status: PAID $310.73 (Course Fee $269.00, Materials $39.00, Tax $2.73)
Location: Houston Baptist University, On campus at Houston Baptist University, Houston (southwest), TX
Class Schedule: Tuesdays, 11:30am - 2:00pm, 6/16/2015 - 7/14/2015
Room Assignment: Atwood II, Room 215 On campus at Houston Baptist University

**Student:** D███ T███
Family: 1557791
Program: 5 (Entering 6th through 8th Graders)
Payment Status: PAID $310.73 (Course Fee $269.00, Materials $39.00, Tax $2.73)
Location: Houston Baptist University, On campus at Houston Baptist University, Houston (southwest), TX
Class Schedule: Tuesdays, 11:30am - 2:00pm, 6/16/2015 - 7/14/2015
Room Assignment: Atwood II, Room 215 On campus at Houston Baptist University

- I informed Shayonlonda that kids was invited to attend HCFOB39 – Harris County Fraternal Order of Police Lodge 39. But the kids was in CPS custody:

> From: Trang Houston [mailto:tranghouston@live.com]
> Sent: Monday, June 29, 2015 8:14 PM
> To: 'Herron,Shayolonda L (DFPS)'
> Subject: Request for Kids Day Out 2015 at HCFOB39
>
> Hello Shayolonda,
> I almost forgot another event which I would like the kids to have a day out. Today the HCFOB39 sent me an email reminding us to attend the event. Please see attachment for details.
> I have been a sponsor at HCFOB39 and they invited my kids to Kids Day Out 2015. Can you please forward this request to Frederick Jones? I don't have his email address. I called him and left him a message. This is a positive experience and good learning for the kids.
> Please let me hear from you soon.
> I appreciate your help.
> Thanks,
> Trang
> Cell 713-992-6864
> Work 281-444-1585 x 496
>
> From: FOP HARRIS COUNTY LODGE 39 [mailto:info@HCFOP39.org]
> Sent: Monday, June 29, 2015 8:00 AM
> To: tranghouston@live.com
> Subject: FOP HARRIS COUNTY LODGE 39 Event Notification
>
> Reminder: The following event is scheduled for tomorrow
> Kids Day Out 2015
> Date: 06/30/2015
> Time: 6:30pm
> Location: Kids Day Out 2015 Humble Civic Center 8233 Will Clayton Humble Tx. 77338
> Contact: Harris County Fraternal Order of Police Lodge 39  phone: 713-652-2121
> www.HCFOP39.org

APPENDIX 0210





Harris County F.O.P. Lodge #39
3130 North Freeway
Houston, Texas 77009
(713) 652-2121

**PRESIDENT**
Tom Moore
**IMMEDIATE PAST PRESIDENT**
Joe Freeman
**VICE PRESIDENT**
Edward Lopez
**SECOND VICE PRESIDENT**
Deborah V. Jones
**SECRETARY**
Joe Henning
**RECORDING SECRETARY**
Julia Davis
**TREASURER**
Craig Workman
**SGT.-AT-ARMS**
Trey Fosdick
**CHAPLAIN**
Dr. J.D. Brown

Dear Friends, Sponsors and Supporters,

Thank you for your interest in supporting the Harris County Fraternal Order of Police Lodge #39. This years' summer program will be our best ever. We will be hosting "Kids Day Out 2015" this will be an evening of fun, magic, & comedy. We see the value of complete community participation, moving forward towards a full circle relationship between our children their parents and our Law Enforcement community is essential in keeping a healthy environment for all of us. Meet us Tuesday June 30 @ 6:45pm at the Humble Civic Center, located at 8233 Will Clayton Parkway, Humble, TX. 77338. Events will include Magical Illusions, comedy and surprise giveaways. Prices are based on $8.00 a child and will help sponsor disadvantaged, handicapped and high risk children to this special event.

Your support of our programs will not only help our communities in which our officers work and live but will also keep the operations and maintenance of our lodge going so we can continue to better service our members with education and training in new techniques and technology in combating crime. Helping families' of officers who have been hurt or injured in the line of duty, and in promoting public relations, and of course the shop with a deputy & food basket programs. We certainly appreciate your support in helping us to better serve and protect our communities.

http://www.hcfop39.org/

Sincerely

Tom Moore, President
Harris County F.O.P. #39

APPENDIX 0211

I have been truthful and fully cooperated with CPS since the beginning of Shayonlonda's investigation. At previous CPS meeting, I have told you that you were looking at the wrong issue between me and the kids. The problem is between the father and the mother. I have managed my family to my best ability and tried to solve my marriage problems. I agreed to cooperate with you and look forward to dissmissal.

I am praying for relief so the kids can continue forwad into their future. I have asked Shannon Phan, my legal counsel to speak with you on my behalf, hoping to reach a end to this case so we can live peacefully onward.

I have cancelled P███ & D███'s July 4th event. I wish you have a great July 4th Weekend.

Thank you for your considerations.

Respectfully,

Trang Vu, Petitioner
9226 Sandstone St.
Houston, TX 77036
Cell 713-992-6864
Work 281-444-1585 x 496

To contact my Legal Counsel:
Shandon Phan Law Firm, PLLC
11205 Bellaire Blvd, #B31
Houston, TX 77072
Phone 281-407-5622
Fax 281-407-5623
Email: Law@ShandonPhanLaw.com

APPENDIX 0212