# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE COMPANY | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 4:17-cv-02818 |
| TRANG VU, P.T., a minor, and D.T., a minor, | § § § § | |
| Defendants. | § | |

## AFFIDAVIT OF ROSA L. ROHR

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, this day, personally appeared Rosa L. Rohr, known to me to be the person whose name is subscribed to this instrument and having been duly sworn on her oath did depose and say as follows:

1. My name is Rosa L. Rohr. I am over the age of 18 years, have never been convicted of a felony, and am competent to make this affidavit. The statements in this affidavit are within my personal knowledge and are true and correct.

2. I am a custodian of the records for the Texas Department of Family and Protective Services. Attached hereto are 99 pages of records regarding the investigation of Tuyet Tran and Trang Vu by the Texas Department of Family and Protective Services and are numbered in the records of the Texas Department of Family Protective Services as 000020 – 000118.

3. The documents numbered 000020 – 000118 are kept in the regular course of business for the Texas Department of Family and Protective Services for an employee or representative of the Texas Department of Family and Protective Services with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; the record was made at or near the time or reasonably soon thereafter; and it is the regular practice of the Texas Department of Family Protective Services to make these types of records.

4. The records attached hereto are the original or exact duplicates of the original.

FURTHER AFFIANT SAYETH NOT.

_____
Rosa L. Rohr

SWORN TO AND SUBSCRIBED before me on the 15th day of January 2019.

_____
Notary Public, State of Texas

DONNA J. BRADSHAW
Notary Public
STATE OF TEXAS
Commission Exp. FEB. 28, 2021
Notary without Bond

2

APPENDIX 0215