# EXHIBIT N

# VIDEO OF HERRON'S MEETING WITH MILLENI AND MITCHELL

APPENDIX 0221