# EXHIBIT O-1

# WORK PRODUCT
# HOUSTON POLICE DEPARTMENT

1200 TRAVIS
HOUSTON, TX 77002
Phone: 713-308-8512

Printed on: **Thursday, March 10, 2016 10:02:33 AM**
By: **902366/FOX, J L**

## Administrative Information
▲

| Agency Houston Police Department | Incident # 941745-15 | Supplement No 0001 | Reported Date 07/21/2015 | Reported Time 13:27 |
|---|---|---|---|---|
| Status Report Written or to Follow | | | Offense Key MURDER | |
| Address 10800 BELLAIRE BLVD #D | | City HOUSTON | | ZIP Code 77072 |
| Dist/Beat 19G20 | Station WS | District 19 | From Date 07/21/2015 | From Time 11:11 | Primary Unit |
| Officer Name / Employee# PHAM, S H / 130841 | | | Division Westside - Days - Patrol | | |
| Second Officer Name / Employee# | | | | Division | |
| Report Entered By / Employee# PHAM, S H / 130841 | | | Division WESTSIDE - DAYS - PATROL | | |
| RMS Transfer Successful | Property Trans Stat Successful | Weather | Estimated Loss Value | Language Translator | |
| Gang Crime | Hate Crime | Family violence | Foster Care Facility | Mental Illness | Metal Theft | Offense County |
| Approving Officer Name / Employee# RUDD, C R / 121520 | | | Action Date 07/23/2015 | | Time 09:38:31 |

## Modus Operandi
▲

| Gang Act? No | Gang Name | Property Targeted | Physical Evidence | Method of Entry |
|---|---|---|---|---|
| Point of Entry | Entry Location | | Weapon Used | Premise Type |
| Arson Inhabited? | | Theft Type | Oddity | Study | Alarm |
| Victim's Race | Victim's Sex | Victim Age Group | Vulnerability | Victim's Action |
| Suspect Action | | Crime Code(s) | | Hate Crime Date |

## Brief Summary
▲

CONFIDENTIAL    APD-HPD 1238

## Narrative

▲

I, OFFICER S.H. PHAM, RIDING 19G13D RECEIVED CALL ON 7-21-15 AT 1116 HRS REGARDING ASSAULT JUST OCC INJURY/INJURY LOCATED AT 10800 BELLAIRE BLVD #D. I ARRIVED AT 1117 HRS AND OBSERVED HFD E10 WAS ALREADY ON SCENE. I OBSERVED THE LOCATION WAS A BEAUTY SHOP LOCATED WITHIN A STRIP CENTER ON THE NORTHSIDE OF THE STREET FACING SOUTH. I ENTERED THE LOCATION AND MET WITH HFD TOWARDS THE BACK OF THE BUSINESS. HFD ADVISED A FEMALE WAS FOUND DECEASED IN THE BACK ROOM.

I OBSERVED THE FEMALE WAS LAYING FACE UP AND COVERED IN BLOOD. I CLEARED THE LOCATION AND SEPARATED ALL OF THE WITNESSES. I GATHERED PERTINENT AND SECURED THE SCENE WITH CRIME SCENE TAPE. I NOTIFED HOMICIDE AND MET WITH INVESTIGATORS AND CSU UPON THEIR ARRIVAL. I TOOK CUSTODY OF MR.VU,TRAN AND TRANSPORTED HIM TO 1200 TRAVIS PER HOMICIDE REQUEST. I REMAINED AT HOMICIDE AND TRANSPORTED MR. VU BACK TO HIS RESIDENCE. I COMPLETED SUP.

**End of document**

CONFIDENTIAL

APPTRANX 1429

## ARS Narrative Report No=094174515 Supplement No=0001

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0001 | Reported Date 07/21/2015 | Offense Key 0001 | Status RTF |
|---------|-----------|---------------------|--------------------|--------------------------|------------------|------------|
| | | | Narrative | | | |

I, OFFICER S.H. PHAM, RIDING 19G13D RECEIVED CALL ON 7-21-15 AT 1116 HRS REGARDING ASSAULT JUST OCC INJURY/INJURY LOCATED AT 10800 BELLAIRE BLVD #D. I ARRIVED AT 1117 HRS AND OBSERVED HFD E10 WAS ALREADY ON SCENE. I OBSERVED THE LOCATION WAS A BEAUTY SHOP LOCATED WITHIN A STRIP CENTER ON THE NORTHSIDE OF THE STREET FACING SOUTH. I ENTERED THE LOCATION AND MET WITH HFD TOWARDS THE BACK OF THE BUSINESS. HFD ADVISED A FEMALE WAS FOUND DECEASED IN THE BACK ROOM.

I OBSERVED THE FEMALE WAS LAYING FACE UP AND COVERED IN BLOOD. I CLEARED THE LOCATION AND SEPARATED ALL OF THE WITNESSES. I GATHERED PERTINENT AND SECURED THE SCENE WITH CRIME SCENE TAPE. I NOTIFED HOMICIDE AND MET WITH INVESTIGATORS AND CSU UPON THEIR ARRIVAL. I TOOK CUSTODY OF MR.VU,TRAN AND TRANSPORTED HIM TO 1200 TRAVIS PER HOMICIDE REQUEST. I REMAINED AT HOMICIDE AND TRANSPORTED MR. VU BACK TO HIS RESIDENCE. I COMPLETED SUP.

## ARS Narrative Report No=094174515 Supplement No=0002

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0002 | Reported Date 07/21/2015 | Offense Key 0001 | Status RTF |
|---------|-----------|---------------------|--------------------|--------------------------|------------------|------------|
| | | | Narrative | | | |

I, OFFICER F.C. CORONADO ASSIGNED TO UNIT #19G50E, RECEIVED A CALL FOR SERVICE FROM DISPATCH REGARDING A AUTO THEFT/RECOVER STOLEN VEHICLE AT 6498 WILCREST DR ON 07-21-15 AT 1525 HOURS. I ARRIVED ON SCENE AT 1536 HOURS AND MET OFFICER BENSON (19G25D) REGARDING LISTED VEHICLE TOYOTA RAV4 (TX PLT# CZM9256) INVOLVED IN A HOMICIDE INVESTIGATION. OFFICER BENSON COMPLETED A REPORT ON THE STOLEN VEHICLE. HOMICIDE INVESTIGATORS REQUESTED TWO VEHICLES TO BE TOWED, THE TOYOTA RAV4 TO 1305 DART ST TO BE PROCESSED AND THE TOYOTA CAMRY (TX PLT# DWG7508) TO BE TOWED TO THE IMPOUND LOT LOCATED AT 1300 DART ST ON A HOLD, BOTH AUTHORIZED BY SGT LIU WITH HOMICIDE. I FOLLOWED BOTH VEHICLES TO THE DART LOT AND COMPLETED THE NECESSARY PAPERWORK FOR THEM. CITY WRECKER DRIVER HECTOR RAMIREZ (3649-116279) TOWED THE TOYOTA RAV4 AND WRECKER DRIVER JAMES GASKIN (3611-104885) TOWED THE TOYOTA CAMRY. KEYS FOR THE TOYOTA RAV4 WERE LEFT IN THE IGNITION OF VEHICLE IN THE PRINT STALL AND I LEFT THE KEYS TO THE TOYOTA CAMRY IN THE PROPERTY ROOM FOLDER PLACED IN THE AUTO THEFT BOX. I THEN COMPLETED THIS SUPPLEMENT REPORT.

## ARS Narrative Report No=094174515 Supplement No=0003

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0003 | Reported Date 07/22/2015 | Offense Key 0001 | Status RTF |
|---------|-----------|---------------------|--------------------|--------------------------|------------------|------------|
| | | | Narrative | | | |

I OFFICER B. TESFAY ASSIGNED TO NORTHEAST PATROL DIVISION ON JULY 21, 2015, WHILE DOING A ROTATION WITH THE HOMICIDE DIVISION ON MY REGULAR DAY OFF, I WENT OUT TO A HOMICIDE SCENE WITH OFFICER C. LIU AND W.G. GILBERT TO (LION SQUARE PLAZA)10800 BELLAIRE BLVD , IN HOUSTON HARRIS COUNTY TEXAS.

WE ARRIVED AT APROXIMATELY 1230 HOURS AND I OBSERVED THE LOCATION TO BE A STRIP

CONFIDENTIAL                    APHTRANK 0240

CENTER ON THE NORTHSDIE OF THE STREET FACING SOUTH. AS I CHECKED FOR SURVEILLANCE CAMERAS I OBSERVED
10800 BELLAIRE BLVD #G HANKS CRAWFISH RESTAURANT, TO HAVE ONE CAMERA OUTSIDE THAT WAS PARTIALLY FACING DOWN CAPTURING COUPLE PARKING SPOTS IN FRONT OF THE RESTAURANT.
I MET WITH MRS. AU, LISA WHO IS THE OWNER OF THE RESTAURANT AND SHE GAVE ME AUTHORIZATION TO TAKE A COPY OF ANY SURVEILLANCE VIDEO FOOTAGE NEEDED. I OBSERVED THE DVR TO BE ONE HOUR AHEAD OF REGULAR TIME AND TO HAVE ALL EIGHT CAMERAS RECORNING. I WAS ABLE TO MAKE A BACKUP COPY OF CAMERAS 1,2,3,6,7 AND 8 INTO A FLASH DRIVE THAT SHOWED THE PUBLIC AREA RECORDED ON JULY 20, 2015 FROM 2050 HOURS TO 2235 HOURS. ON ONE OF THE CAMERAS I OBSERVED A WHITE SUV TYPE VEHICLE THAT WAS PARKED OUTSIDE ON THE CAMERA VIEW, TO HAVE BEEN MOVED AT AROUD 2231 HOURS.
I SAVED THE BACKUP COPY AND WENT TO A SECOND LOCATION (Odessy Nail System), LOCATED AT 6498 Wilcrest Dr, Houston, TEXAS AND OBSERVED THE WHITE TOYOTA RAV4 BEARING TEXAS LICENSE PLATE CZM9256, TO BE PARKED TOWARDS THE SOUTHWEST CORNER OF THE BUSSINES. I WAS ABLE TO LOCATE A CAMERA THAT WAS POSITIONED ON THE SOUTHWEST CORNER OF THE BUILDING TO HAVE A PARTIAL VIEW OF THE LOCATION WHERE THE VEHICLE WAS PARKED.
I OFFICER B. TESFAY AND OFFICER C. LUI  MET MS. MIRA SONG THE SECRETARY OF Odessy Nail System WHO SHOWED ME WHERE THE DVR RECODER WAS LOCATED AND GAVE ME AUTHORIZATION TO TAKE A BACKUP COPY OF ANY SURVEILLANCE VIDEO NEEDED. I OBSERVED THE DVR TO HAVE 16 CAMERAS RECORDING AND THE TIME ON THE DVR TO BE ACCURATE. MS. MIRA WAS ABLE TO MAKE ME A COPY OF CAMERA 1 AND 9 INTO A FLASH DRIVE.
ON CAMERA 9, AT AROUND 2135 HOURS I WAS ABLE TO OBSERVE WHAT APPEARED TO BE A VEHICLE DRIVING IN WITH HEADLIGHTS ON AND PARKING AT THE EXACT LOCATION WHERE THE LISTED VEHICLE WAS FOUND.

## ARS Narrative Report No=094174515 Supplement No=0004

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0004 | Reported Date 07/23/2015 | Offense Key 0001 | Status RTF |
|---------|------------|----------------------|--------------------|--------------------------|------------------|------------|
| Narrative | | | | | | |

Please see LIMS for full CSU supplement report

## ARS Narrative Report No=094174515 Supplement No=0005

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0005 | Reported Date 07/24/2015 | Offense Key 0001 | Status RTF |
|---------|------------|----------------------|--------------------|--------------------------|------------------|------------|
| Narrative | | | | | | |

ON 07/23/15 WHILE WORKING ON A FOLLOW UP ON ANOTHER CASE IN THE AREA OF 10800 BELLAIRE, I WAS FLAGGED DOWN BY AN OFFICER WORKING AN EJ AT 10800 BELLAIRE (TELETRON) REGARDING VIDEO SURVEILLANCE FOOTAGE RELATED TO THIS CASE. AFTER REVIEWING THE FOOTAGE, I PLACED A CALL TO HOMICIDE OFFICER W.GILBERT WHO IS ASSIGNED TO THIS CASE AND UPDATED HIM WITH THIS INFORMATION. I THEN PROCEEDED TO CHECK THE NEIGHBORING BUSINESSES AND SPOKE TO YEN LIU 713-922-9600 WHO IS THE STORE OWNER OF PACIFIC RANGE HOOD 10800 BELLAIRE #C WHICH IS JUST WEST OF WHERE THIS INCIDENT TOOK PLACE. I WAS ADVISED BY MRS LIU THAT SHE REVIEWED HER

CONFIDENTIAL   APD TRANK 0229

SURVEILLANCE CAMERAS AND FOUND THAT THERE WAS AUDIO CAPTURED FROM HER CAMERAS
ON THE NIGHT OF THIS INCIDENT. MRS LIU ADVISED ME THAT THE FOOTAGE WAS SAVED ONTO
HER HUSBANDS (YANG LIU 281-862-8888)  RECORDING DEVICE AND WILL BE AVAILABLE FOR
THE INVESTIGATORS. OFFICERS WITH THE WESTSIDE DIVISIONAL TAC UNIT ALSO SPOKE TO
JENNIFER LIU WHO OPERATES THE BEAUTY SHOP LOCATED ON EAST END OF THE PLAZA ALSO
STATED SHE  HAS RECORDED VIDEO FOR PICKUP.

ON 07/24/15
I WENT BACK TO THE LOCATION AND HANDED OFFICER S.PHAM THE RECORDED COPY OF
TELETRONS VIDEO SURVEILLANCE AS PER OFFICER LIU'S INSTRUCTIONS. THE VIDEO FROM THE
BEAUTY SHOP WAS NOT READY FOR PICK UP SO  I ALSO HANDED HIM A BUSINESS CARD FOR
THE BEAUTY SHOP AND CONTACT INFO FOR FUTURE REFERENCE.

## ARS Narrative Report No=094174515 Supplement No=0008

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0008 | 07/27/2015 | 0001 | RTF |
| | | | Narrative | | | |

( MORGUE EVIDENCE ) M.E.#15-2613

THE FOLLOWING LISTSED EVIDENCE OF BOXED CLOTHING WAS OBTAINED FROM THE LISTED
MEDICAL LEGAL NUMBER,FROM THE HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCE
CENTER ,AND WILL BE TAGGED AS EVIDENCE IN THE HPD PROPERTY ROOM UNDER THIS HPD
CASE NUMBER.

## ARS Narrative Report No=094174515 Supplement No=0009

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0009 | 07/28/2015 | 0001 | RTF |
| | | | Narrative | | | |

( MORGUE EVIDENCE ) M.E.#15-2613

THE FOLLOWING SEXUAL ASSAULT KIT,AND PACKAGED FORENSIC-TRACE EVIDENCE WAS
OBTAINED FROM THIS LISTED MEDICAL LEGAL NUMBER,FROM THE HARRIS COUNTY INSTITUTE
OF FORENSIC SCIENCE CENTER,AND WILL BE TAGGED AS EVIDENCE IN THIS CASE UNDER THIS
HPD CASE NUMBER,IN THE HPD PROPERTY ROOM.

## ARS Narrative Report No=094174515 Supplement No=0010

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0010 | 07/30/2015 | 0001 | RTF |
| | | | Narrative | | | |

****TAG THE BUCCAL SWAB AND PHONES *****
ON 7-30-2015, I, OFFICER C. LIU ASSIGNED TO THE SQUAD 20 HOMICIDE DIVISION.  RECEIVED
2 PHONES (APPLE AND SAMSUNG) FROM OFFICER W. GILBERT (BOTH ARE BROKEN) AND TAG
INTO THE HPD PROPERTY ROOM WITH TRANG VU'S BUCCAL SWAB.

*******************************************
INVESTIGATION CONTINUES.....

## ARS Narrative Report No=094174515 Supplement No=0011

CONFIDENTIAL

APPENDIX 1242

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0011 | 07/31/2015 | 0001 | RTF |

| Narrative |
|-----------|

On July 30, 2015, I, W. G. Gilbert of Homicide Division Squad 20, met with Mr. Trang Vu at 1200 Travis to get his Houston Police Department Vehicle Release Form. I had the form filled out already and faxed a copy over to the storage lot before Mr. Vu arrived. I met Mr. Vu outside and gave him the form to take to the storage lot. I called him later to make sure he had his vehicle and he confirmed he had his vehicle.

## ARS Narrative Report No=094174515 Supplement No=0012
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0012 | 08/05/2015 | 0001 | RTF |

| Narrative |
|-----------|

**\*\*\*DETAILS OF OFFENSE\*\*\***

At approximately 11:45 A.M. on July 21, 2015, Sgt. C. Cegielski, who was working Homicide Intake Desk notified me, Investigator W. G. Gilbert, Homicide Division, Murder Squad 11, of a homicide. I was at 1200 Travis Homicide Division on the 6th floor when notified. The scene involved the death of a female at 10800 Bellaire Blvd Suite D, 19G20 beat, Houston, Harris County, Texas. I then notified Investigator C. Liu who would be my partner on this case of the scene. Also notified were Officers B. Tesfay and K. Ferguson who also made the scene.

I gathered the items I would need and left at approximately 12:00 P.M. I arrived at the scene at approximately 12:35 P.M.

**The Victim:**

**Tran, Tuyet,** Vietnamese female, DOB        , was found with multiple wounds to her head that appeared to have been caused by being hit with an unknown object. Houston Fire Department Engine 10 arrived and Complainant Tran was pronounced dead at approximately 11:17 A.M.

Motive appears to be a robbery at first sight.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WITNESS STATEMENTS ON SCENE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On 07/21/2015 at approximately 12:38, I Investigator W. Gilbert gathered verbal statements on scene at 10800 Bellaire Blvd. from a student, instructor, and business partner who arrived on the scene prior to police and Fire Department. The business partner called 911 and attempted CPR. The husband of the complainant showed up after police and HFD and was interviewed at the scene. All statements were recorded on a Sony Digital Voice Recorder and a copy of each statement will be burned to a CD and kept in the case file. Brief summaries of each statement are below. For full details, please see the CD in the case file.

\*\*\*\*\* ANNA HOA TRAN STATEMENT \*\*\*\*\*

ANNA HOA TRAN

CONFIDENTIAL
APPENDIX 1243

7803 PARKCHASE TIMBER CT., HOUSTON, TX 77070
DOB: ▆▆▆▆
TDL: ▆▆▆▆
PH: 832-202-4517

Anna said that she works for another nail salon but will help the complainant with training when she calls her. Anna said that she finished around 7:00 P.M. Anna left to her car and was sitting in front of the business when she saw a black male with a tank top and shorts enter the store. The male was around 5'5" tall and she thought 35 years of age or younger. She was not sure since she only saw him from the back. Anna said he opened the door and turned around and left.

Anna arrived on July 21, 2015 around 9:00 A.M. and she did not see the "Open" sign on so she called Tuyet many times but did not get an answer. Anna then called Mr. Trang Vu and told him that Tuyet was not at the store yet. Anna then sat there and waited until around 10:00 or 10:15 until one of the students arrived and opened the door. Until this time, Anna did not know the door was unlocked. Anna went inside, turned the front light on, and then started talking with the student. Anna saw a wallet on the floor and the case register drawer on the floor. Anna saw a fan on the floor so she picked it up and then saw the sign on the floor but was told by the student not to touch anything because the business might have been robbed.

At this point Anna and three students came outside of the store. One student told Anna to call the police, but Anna was nervous so she asked her to call the police for her. The student called and reported a robbery at the store and waited for officers to arrive for 30-40 minutes and police did not come.

While waiting for the police to arrive, Hai Pham arrived to the business, Anna asked him to go inside, and check because she thought something happened inside the business. Hai then went inside and checked but came back out telling them that he saw a leg to someone on the ground.

I asked Anna if Tuyet and Trang were still married and Anna told me that Tuyet really did not tell her much. Anna was told that CPS had the children and that Tuyet asked her if her and the children could move in with her after the children left CPS custody. Anna told her they could as long as she did not have any problems.

Anna said when she left around 7:00 P.M., the only people still at the business was the couple from California that came in to teach a class and Tuyet and Trang.


***** HAI KENNY PHAM STATEMENT *****


HAI KENNY PHAM
15518 VALLEY CREEK DR., HOUSTON, TX 77095
DOB: ▆▆▆▆
TDL: ▆▆▆▆
PH: 314-518-9456

Hai Pham told me that he is part owner of the business. Hai said that he has only recently became partners with Tuyet in the business. He said that Tuyet did not want her husband, Trang to help her with the business. Hai said he arrived at the airport after 10:00 P.M. the night before. Hai said that he was told to let Trang know when he landed because Trang wanted him to meet the husband and wife from California, who came down to help teach. Trang told them his flight was delayed and they agreed to meet the next day.

Hai said the meeting was rescheduled for 11:00 A.M. on July 21, 2015. Hai said he arrived around 11:00 A.M. and that is when he met the women who were already there. Hai said he went in and

thought that it might me a robbery. Hai called Trang to see if he knew were Tuyet was. Trang told Hai that Tuyet was supposed to stay at her friend, Cindy's house so Hai told Trang to text him Cindy's phone number. Hai said that Trang did not text him, so he called him back and Trang told him to call the police. Hai said he wanted to make sure it was a robbery first so he asked Trang if he had the key to the money drawer. Hai said he knew they had financial issues and did not know if Trang got mad and made the mess.

I asked Hai what kind of problems Tuyet and Trang have been having and Hai said that he has been Trang's friend for a long time. Hai said that Trang and Tuyet lived a few miles away from him several years ago. He said he would get calls to go calm Trang down. Hai said he is really busy with school and because he is the Vice-President of the Vietnamese Community. He said that every so often Tuyet would call him and ask if Hai could call Trang to call him down. Hai said that Trang is aggressive.

I asked Hai what he did when he arrived. Hai told me that as he went in, he only saw the front light on. Hai then walked to the back and put his things down in the first room. Hai said he looked into the backroom and only saw feet. He then left the business and called the police again. He told them he needed a medic and 911 dispatcher told him to go back inside and do CPR. Hai said there was a lot of blood and he said he could tell she was not alive. The 911 dispatcher again told him to do CPR so he did it a few times and then said he was not going to do it anymore.

Hai told me that Trang has a cousin from Vietnam and Trang sponsored her and feels he has the responsibility to help her with the American culture and with education. Trang pushed her hard to read books. Hai said he would go to the house at times and Trang would control himself when he was there out of respect. Hai said it was when he was not there that Trang would raise his voice.


***** KIM DUONG STATEMENT *****


KIM THOANGUYEN DUONG
9906 LYNETTER FALLS DR., HOUSTON, TX 77097
DOB: ▮▮▮▮▮▮
TDL: ▮▮▮▮▮▮
PH: 832-436-3636


Kim told me that she came the day before for the class and was told to come back in on this date to practice more. Kim said she was the first to leave on July 20 because she did not have the kit. Kim said she left between 6:00-6:00 P.M. When Kim left, everyone was still there practicing. Kim was not sure if the complainant's husband was there because she did not know what he looks like.


Kim said that she arrived between 10:00 A.M. and 10:20 A.M. When she arrived, just like the previous day, she pulled on the door thinking the business was open. As she entered the unlocked door she saw the light were off. Kim said you could still see inside but a curtain was partially closed. She did not go in further so she called Tuyet at two different phone numbers. She thought the phone might be off since her calls would go straight to voicemail. Kim gave me the two numbers she had for Tuyet.

Kim said that Anna then came in and they started talking with her. Anna and Kim saw the sign on the floor along with a female's wallet. Anna then went behind the counter to get some paperwork when she noticed the case register drawer was open. Kim felt that something wasn't right so she said they needed to call the police. Kim said that Anna was trying to call someone but it took really long. Kim then went outside. Once outside, Anna hung up the phone with someone and told Kim that Tuyet never went home last night. Kim then called her boyfriend who is a Houston Police

Officer at South Central Station and he advised her to call 9-1-1. Kim then hung up with him and called 9-1-1.

***** TRANG VU STATEMENT *****

See up coming supplement for Mr. Vu's statements.

-END OF STATEMENTS

MEDICAL EXAMINER ON SCENE INVESTIGATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Medical Legal Number assigned to this case is ML15-2613. The following personnel from the Harris County Institute of Forensic Sciences responded to the scene:

ME Investigator:  Roxanne Phatak #9011
Trace:  Z. Phillips
Dr. Deanna Oleske
Intern: Joseph Garcia
Body Car: Ray Carroll # 9033

See Investigator C. Liu supplement regarding additional information about ME's Office.

***PERSON WANTED***

No person(s) wanted at this time.

***DISPOSITION***

Case still open and under investigation.

## ARS Narrative Report No=094174515 Supplement No=0013

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0013 | 08/06/2015 | 0001 | RTF |
| | | | Narrative | | | |

AUGUST 6, 2015
OFFICER BETTY J. DOSS
VEHICLE COMPOUND LOT

OFFICER DOSS WORKING THE VEHICLE COMPOUND LOT ON 07/30/15 RELEASED THE LISTED VEHICLE: 2014 TOYOTA CAMRY,     RED IN COLOR, VIN # 4T1BF1FK5E4860591.

THE LISTED VEHICLE WAS RELEASED TO TRANG K VU, 9226 SANDSTONE ST., HOUSTON, TEXAS  77036,              PH# 713-992-6864,  TDL# 16966387.

## ARS Narrative Report No=094174515 Supplement No=0014

| | | | | | | |
|---|---|---|---|---|---|---|

CONFIDENTIAL
APDTRANK 1246

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0014 | 08/11/2015 | 0001 | RTF |

Narrative

## ***INTERVIEW OF TRANG VU AT SCENE***

TRANG VU
9226 SANDSTONE ST., HOUSTON, TX 77036
DOB:
TDL:
CELL PH: 713-992-6864
WORK PH: 821-444-1585 EXT. 496

After obtaining initial information from primary officer on scene, I went and spoke to Trang Vu who was sitting in the back of a patrol car unhand-cuffed. As soon as I opened the car door, I asked Mr. Vu how he was doing and he responded back by saying, "They think I killed my wife but I did not kill my wife sir". Mr. Vu stated that the first call he got was from a student who said she was at the business, but no one was there. Mr. Vu then said that he called Hai, his business partner and then Lucy and Kelvin who were teachers at the location.

Trang said the night before, the only people that were at the business after the students left were, Tuyet, Lucy, Kelvin and him. Trang said a black male walked in the business when they were counting money and just looked at them. The male then turned and walked out. Trang said they were scared they were going to be robbed so he then went to his car and got a revolver for protection. Trang told me the gun was in his car at the time I was talking to him. Trang said he carries the gun around his business because they have had several of their cars broken into there. Trang said the black male was still hanging around outside so he locked the door. The four of them kept looking outside and saw the black male out front. The four of them decided they would leave since the male was still hanging out in the front. Trang helped Kelvin and Lucy load up their luggage into their vehicle and Kelvin and Lucy left. Trang got into his car and Tuyet locked the door to leave.

Trang told me he was part owner and said he was supposed to be having a meeting with Hai who is a co-owner. Trang told me at this time that his children were taken from him by CPS over an incident at school. Since Trang was an owner of the business, he said he would sign a Consent to Search of the business. I gave Trang the form and he filled it out.

I then left Mr. Vu in the air-conditioned back seat and went to look at the inside of the business. After making a walk through, I went back to Trang and asked for his Driver's License. I was told that the police officers at the scene had his driver's license and keys to his car. While talking with Trang, he told me that he was told his wife's Toyota Rav 4 was not at the scene and he told me that he did not see it either. Trang said when he bought the car; he had "Lo-jack" put on the car so we would be able to track his vehicle down if it was stolen.

Mr. Vu then filled out a Consent to Search for his vehicle and told me that he had an insurance card in his car that would have the information for his wife's car.

------------

At this time, we started a report for a stolen car so Lo-jack Company would help in tracking down the vehicle. Before we were able to check on the Lo-jack, the wife's vehicle was reported abandoned around the corner at 6498 Wilcrest Dr. (Case # 942176-15). Officer B.T. Benson, riding Unit 19G25D went to 6498 Wilcrest Dr. and found the vehicle to be abandoned with the

CONFIDENTIAL   APPENDIX 1243

driver's side window broken. The keys were left in the ignition. The vehicle was towed to the Dart lot to be processed for evidence.

## ARS Narrative Report No=094174515 Supplement No=0015

▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0015 | 08/12/2015 | 0001 | RTF |
| Narrative | | | | | | |

On Wednesday, August 12, 2015, I Officer Gilbert filled out a vehicle release form for a Toyota Rav4 and faxed it. I then met with Trang Vu and gave him a copy and the address to get the vehicle.

## ARS Narrative Report No=094174515 Supplement No=0016

▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0016 | 08/13/2015 | 0001 | RTF |
| Narrative | | | | | | |

**SCENE INTERVIEW OF TRANG VU**

Trang Vu was brought to my car to interview. As soon as I sat down in the vehicle, Trang told me that he called Tuyet several times and she never answered the phone. I stopped Trang and told him I needed to make a quick call to make sure the report was in the system so we can track his wife's vehicle that was missing from the scene.

After the phone call, I took all of Mr. Trang Vu's information and then we started the interview around 1:48 P.M.

Trang said that his wife, Lucy and Kelvin taught a class the night before and he came after work. Trang said he got an e-mail and phone call from Hai, who is one of the business partners, saying that he was going to be late from his flight from Florida. Trang told Hai that they would have their meeting the next day and Hai could meet Lucy and Kelvin before they fly back to California.

Trang told me that after the class was done, it was only Anna, Tuyet, Lucy, Kelvin and him at the store. Anna helps teach classes for Tuyet and she left early that night so that only left the four of them there. Trang said they were splitting the money from the class and they had a "bunch of cash". While they were counting the money, a black male walked in the store and stared at them and they got scared because they were dealing with money. The black male then turned around and walked outside. Kelvin at this time got scared and wanted to leave. Lucy and Tuyet hurried and finished splitting the money and Tuyet gave the money to Kelvin who then put it in his pocket. Kelvin told Trang to go outside and get his gun that was in the car.

Trang said he only has the gun for protection and it has been several months since he has shot it. Trang brought the gun inside and then helped Lucy and Kelvin load the luggage. Trang told Tuyet they needed to leave too and he went to his car as Tuyet was locking the door to the business. Trang said Lucy went home and he went to his house.

Trang and Tuyet do not live together and Tuyet has been staying with Cindy. Trang said they are going through a divorce and that he has a "hot temper". Trang said he has fought with Tuyet and hit her when he was mad at her. Trang said he has told CPS about him hitting his wife and that he apologized for it, but they still kept the kids.

Trang told me that he has been working with Tequelia Armstrong with CPS and told me he met

CONFIDENTIAL                          APD-RMK 1248

with Tequelia, for about an hour right, before he went to the business to meet Lucy and Kelvin. Trang said he told Tequelia he was sorry and that he was going to go through the training to get the children back. After the meeting, Trang went home, grabbed a laptop for Hai Pham, and then went to the business location. Trang said it was not good for the kids when they argue in the house and he and his wife decided to get a divorce. Trang said Tuyet and he have been separated for about two weeks now. Trang said he has been talking to his wife about not separating and they wanted things to go back to normal. Trang said he did not know if Tuyet filed for a divorce but he told her they did not need to divorce. He also did not want the kids scared of him when he gets mad at their mom, so he did feel that it was better to separate. Trang said he told Tequila that he and his wife had differences. He did not understand his wife, she did not understand him, and so he thought it might be better to get a divorce. On the other hand, Trang did not want a divorce because it would mess up the family.

Trang said that Cindy called him and told him that Tuyet had not made it home. He was sending his wife messages and he called her but she never answered. Trang thought Tuyet went to Cindy's house but when he was told she never showed up, Trang thought she went to Anna's house. Trang also said that Thuy Nguyen also called Trang looking for Tuyet so she could buy some supplies. Trang said that it is not uncommon for Tuyet to go to the store or deliver items to people when they need them. Trang told Thuy that he would try to get in contact with Tuyet after Thuy tried to reach her by phone. Trang received no answer so Trang texted Tuyet to see where she was at.

Trang said he received a call this morning from a student saying that Tuyet was not at the store. Trang told her to wait and he would try to call Tuyet. After Trang did not get answer from Tuyet, he called Lucy and Kelvin to tell them they needed to go to the store for a meeting with Hai. Trang then called and sent Hai a message to come to the meeting so he could meet Lucy and Kelvin before they fly out. Hai went to the store and called Trang telling him there was a break-in at the store. Trang then went to the store.

Trang again said that the four of them, Lucy, Kelvin, Tuyet and he, all stayed inside the store after he got his gun and locked the door.

The interview ended around 2:07 P.M. so I could check on the Lo-Jack on Tuyet's car.

## ARS Narrative Report No=094174515 Supplement No=0017

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0017 | 08/13/2015 | 0001 | RTF |
| Narrative | | | | | | |

HOUSTON POLICE DEPARTMENT
VEHICLE IMPOUND LOT
AUGUST 13,2015
CUSTOMER CLERK SERVICE DORA ARRONA


THE 2013 TOYOTA RAV 4, 2T3WFREV6DW053871, IN THIS CASE WAS RELEASE ON 081215
TO:
TRANG VU
9226 SANDSTONES ST
HOUSTON, TX 77036
TDL# ▮▮▮▮▮▮

## ARS Narrative Report No=094174515 Supplement No=0018

CONFIDENTIAL          APPENDIX 1249

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0018 | 08/17/2015 | 0001 | RTF |
| | | | Narrative | | | |

On 8/17/2015, Sr. Evidence Tech. Ross Kong, To Lab, Items were signed for by "Rita Sanchez - 135623". Item 013 PRESEALED: 1 SEX ASSAULT KIT, FROM M.E.#15-2613.

## ARS Narrative Report No=094174515 Supplement No=0019
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0019 | 08/21/2015 | 0001 | RTF |
| | | | Narrative | | | |

On 8/21/2015, Evidence Tech. Kimberly Jones Mushtaq, To Lab, Items were signed for by "Demetria D. Guajardo - 128419". Item 016 SE CONTAINS imei#357518/06/971320/6 SAMSUNG PHONE Serial RV8FA0ME1YM Item 017 SE CONTAINS I PHONE unknown serial# broken screen

## ARS Narrative Report No=094174515 Supplement No=0020
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0020 | 08/24/2015 | 0001 | RTF |
| | | | Narrative | | | |

TRANG VU
9226 SANDSTONE ST., HOUSTON, TX 77036
DOB:
TDL:
CELL PH: 713-992-6864
WORK PH: 821-444-1585 EXT. 496

- Date Tuesday, April 21, 2015
- Began Interview at about 5:40 PM
- Stopped Interview at about 9:05 PM
- Duration - approximately 3 hour 35 Minutes
- Location - 1200 Travis, 6th Floor, Interview # 05
- Type - None-Custodial
- Conducted by - Homicide Detectives W. Gilbert, C. Liu and T. Ferguson
- Audio recorded using my department issued Sony IC Recorder
- Video recorded using Homicide Division's "Interview Tracker System"
- The following is a synopsis of the interview I conducted. Please review audio/video recordings of the interview for further details.

On Tuesday, July 21, 2015, around 5:40 PM, I began an interview with Trang Vu at 1200 Travis, Homicide Division, in Interview room 05. I brought Trang a bottle of water before we started the interview. Detective Ferguson sat in the interview.

Trang told me that Hai, Cindy, Lucy and Kelvin are all partners in the business with Tuyet and him. Trang said he and his wife started the business and Cindy put in about $18,000. Trang said he borrowed $1,000 from Cindy for a lawyer when CPS took the children. Trang thinks the $1,000 was paid off by selling some of the appliances from the house Trang is living at. Trang said since he is busy with his job, he did not see how much money Hai Pham put into the business. Trang thinks it was around $10,000-$15,000. Hai just recently became a partner so they could expand to another location. Lucy and Kelvin travel around and teach students and they teach in Tuyet's

CONFIDENTIAL

APPENDIX 0450

store. They did not put in money, but they give Tuyet the supplies and they split the profits and agreed that their supplies will be the only ones sold in the store.

Trang works full time as a bookkeeper for Adare Communities. His boss told him that it was okay to leave early the day before to talk with Tequelia Armstrong from CPS. Trang said he left around 3-4 PM and then talked with Tequelia for about an hour. Trang also asked his boss on this date if he could run to his store for an hour after he found out it was broken into.

Trang said he dropped off study material with Tequelia to give to the kids since it is very important that they keep up their education. The children are "Straight A students" and Trang has his own study program for them after school. ███████ is a female child in the 6th grade and ██████ is a male child in the 4th grade.

Trang told Tequelia that the kids needed to stay either with him or with their uncle in Orlando, Florida because they have higher levels of education and Tuyet could not help the kids in the area of education.

Trang said that he has hit Tuyet in the past. Tuyet once took the kids to a friend's house and tried to hide them from him, that made Trang angry, and he hit her. This was in 2005. Trang said this was the first time that he ever hit his wife. Trang said that is when he found out that he had a problem with his wife and that she made him upset. Police came to the scene, but he was not arrested. Trang said he told the police that she hid the kids from him and he became angry, hit her, and threw the chair at her. Trang says that he gets upset easily and the kids know because they were there and saw what happened.

Trang said he wanted to do better so they moved to the Bellaire area. Trang works full time and makes about $40,000,000/year to support the family. Trang says he pays for everything. Trang thought if they opened a business for his wife to run, things would get better. The business is doing well according to Trang and it opened last year. Cindy and Hai knew Tuyet and Trang from the beginning, but did not become partners until later.

On June 24, 2015, CPS came to the house and took the children from him. I asked Trang what led to CPS taking the children and he told me that D███████ was playing rough with a friend at school and choked him. D███████ was excited, "like me too sometimes", and saw his friend knock off the eyeglasses of another friend. D███████ thought that one friend knocked the glasses off his friend on purpose. D███████ then started to choke his friend and the boy started coughing real hard because he had a medical condition no one knew about. The teacher saw D███████ attacking the other child and was scared and called the police and the ambulance. D███████ told Trang that he said he was sorry, but the family said sorry was not enough. This made Trang upset because he did not know what else the family wanted. D███████ was suspended from school for 3-4 days. I asked where D███████ leaned how to choke and he did not know if it was from movies.

Trang described the events that led up to CPS taking the children from his home and when his Roommate, Robin Mitchell called him to tell him CPS was there to talk with him. CPS also spoke with Tuyet and that is how Trang obtained a number to the CPS worker whom he called back to set up a meeting to discuss the children.

CPS worker came to Trang's house and he recorded their time on video with CPS. His roommate, Robbins Mitchell came out and made a scene so CPS worker called her supervisor and then came back in saying she needed to have a private conversation with Trang without roommate and without the video camera. Trang said he had the right to record their time together because he did not do anything to the kids. Trang said he did try to cooperate with CPS worker even though Robbins made her leave. The following day, Trang sent an e-mail to CPS worker and told her not to come to his house anymore.

Trang said the CPS worker did not say that he hurt the kids, only that the kids learned their

CONFIDENTIAL
APPENDIX 1259   TRAN 1259

behavior from watching him and the violence in the house when Trang hit his wife. Trang said that he stopped hitting his wife and that he changed. Trang said there were other times where he really wanted to hit Tuyet, but he did not. Trang said he would get really upset and scare Tuyet and the kids might have been scared. The kids saw him hit his wife a couple different times.

I asked Trang how he was able to stop hitting Tuyet and mentioned that others have told me that Trang gets really mad at times. Trang was asked what he does now when he gets mad and what he does to calm down. Trang responded by saying that he knows he is not supposed to hit her so he doesn't. He also said that he tries to talk with her. "I tried to talk with her and I got really mad and I tried to reason with her but it got really scary when I reasoned with her. I kept repeating to her saying she needed to change. I tried reasoning with her loudly and confront her". I then asked Trang if getting loud ever worked with Tuyet and he said it did.

Trang said that his kids would get scared when they would see him confront his wife. Trang said that the kids would come in and tell him to stop. D███████ would stop him from hitting his wife, but P███ never came in to stop him. D███████ would push them apart and then stand in front of him to keep Trang from getting close to his wife.

Trang said he would get stressed out at times because he pays for everything. He said he goes to work then comes home and works on their business. He sometimes stays up until 3-4:00 AM.

I asked when CPS took the kids and Trang told me they were taken on July 24, 2015. Tuyet moved out of the home after an argument about the kids being taken. Tuyet left immediately after the kids were taken and started staying with her fried, Cindy. Trang said he tried to reconcile with Tuyet saying they could cancel the divorce and they could be with the family again.

Trang then jumped back to the night before Tuyet's body was found. He talked about the black male that came in the store and then said the last thing he saw was Tuyet hugged Lucy and said something in Lucy's ear. Trang did not know what she said but he stared at her and wondered what she was telling Lucy. Trang said around 3 PM, he drove to CPS and spoke with Tequelia Armstrong for about an hour. Trang then left and went home to get a laptop for Hai and then went to the store.

I explained that I thought Trang was trying to be a good dad by doing what CPS told him he needed to do and because he was stressed when CPS took the children like any good father would be. Trang then interrupted me and told me that he told Tequelia that if the foster parents could do better than he could then it was okay for them to stay there.

I asked Trang if he felt disrespected since he does so much for the family and because he moved the family to the Bellaire area for better opportunities. Trang works his full time job and then puts in several more hours at the business that he built for his wife. Now after Tuyet talked with CPS, the kids were taken away and that it was understandable to be angry with her after that. Trang agreed. I told Trang that I did not think that he intended to do anything to Tuyet when he went to the business. I know that Trang must be stressed because the kids were recently taken away and then Tuyet was whispering in her friend's ear and Trang thought she were might be saying something bad about him even though he was busting his back working for Tuyet. I asked him if that made him upset and he stated that he did get upset. Trang then told me that they never fought that night and that all of them left.

I asked Trang what time they left the store and he thought it was around 7:00-8:00 PM. He said later, after he had left, he received a phone call from Thuy from Galveston who wanted to buy some beauty supply items. Trang said that Tuyet often goes to the store at night and picks up items and delivers it to people. Trang said Thuy called him asking where Tuyet was and Trang told her the store was closed. Thuy attempted to call Tuyet before calling him, but there was no answer. This is when Trang began trying to call Tuyet on her Galaxy Note 3 and iPhone. Trang said that Tuyet had problems not answering her phones at times.

CONFIDENTIAL

APD-TRANK 0482

Cindy then called Trang asking where Tuyet was. Trang told her he did not know, but he told her that Tuyet had a problem answering sometimes.

Trang told me he was in the process of getting his own place and Robbins Mitchell will be getting his own place. This is because Trang does not feel that Robbins is good for the family and the kids.

I asked Trang if I was to run his information, how many times I would see that police have been to his home. Trang told me around 5 times, but he said that he was never taken to jail for it. Trang said the only time he hit his wife was the one time when they lived on Shadow Lane. I then asked him if I would only find the one report where he hit her and Trang then told me that he hit her a couple more times. Trang then told me that he told Tequelia Armstrong that he changed and that he was not going to hit her anymore. Trang said the last time he hit her was about 5 months ago. He then said that he does not hit her hard, but will confront her and shake her to scare her. While he was telling me this, he had his hands balled into a fist.

Trang said that he talked with Tuyet and they were going to cancel the divorce. I reminded Trang that he told me earlier that he said sometimes she would want to work it out and others times she did not want to work it out. I then asked Trang why she might not want to work it out and he told me the only reason he thought she might not want to work it out is that sometime he would confront her really loud.

Trang then told me that they agreed to get back together the week before this. I asked why they were not living together if that was the case and Trang told me it was because they were scared if they got back together that CPS would not work with them to get the children back.

I then read Trang several things that people have told me about him. I told Trang that several different people told me that he was very violent and that Tuyet was scared of him. I asked him if these things were accurate. He told me they were not and that Tuyet was not scared of him. I told Trang that most people would be scared if they were hit and he said it was only when they live on Hidden Shadow Lane. Trang said he only hit her one time but I reminded him that he told me that he got physical with her a lot and that he would get loud with her to scare her. Trang said his wife was not scared of him except for when she does something wrong and he confronts her. Trang does not have a problem with his wife on a daily basis, but only when she does something wrong.

Trang described a time when his niece, Diep, was at the store when he and his wife got into an argument. He said he gargled a drink and spit it out in front of the store. He explained to his niece that was not right. Tuyet did this several times. Trang then argued with his wife inside the store and she fought back and argued with him. Trang said that when he confronted her like that, she got scared and went next door. The next thing he knew, the police came to the store to talk with him. Trang said he got loud and put his hands on her when asked what he did to Tuyet during the argument.

Trang was asked what time he got home and he said he thought it was around 9:00 PM.

I explained to Trang that I would be getting a warrant for his cell phone and both of Tuyet's cell phones. I told him that whoever killed his wife had a lot of anger and broke the phones. I told Trang that I thought that whoever killed his wife attempted to make it look like the store had been robbed, but I did not think that was the case. Trang told me that he did not break his wife's phones. Trang maintains that he did not know what happened to his wife. Trang told me that his roommate, Robbins Mitchell, was home and that I could get the number off of his phone. At this time, Investigator Ferguson and I left the room to get a consent to search form for his phone around 7:07 PM.

Investigator C. Liu then entered the room around 7:25 PM. Trang again went over the details of

CONFIDENTIAL    APPENDIX 1253    TRAN 1253

what we had talked about. Liu told Trang that he was the person who found the phones. Trang then told Liu that he used the phones while he was still at the store. Trang told Liu that they left the business around 8:00 PM because it was dark. According to <http://www.timeanddate.com>, sunset in Houston was at 8:22 PM on June 20, 2015.

Trang told Investigator Liu about the black male that came in the store. He said they locked the door to the business after he came in because they were sacred because they had never had a black male in their business. Trang went on to describe the black male.

Trang told Liu that after they finished counting the money they all left the location. Around 1:00 AM, Cindy called Trang asking him were Tuyet was and he told her he did not know, but he thought that she might be staying at Anna's house.

Trang also talked about Thuy from Galveston calling him to buy products around 9:00-10:00 PM, but he told her no and that it was late and the store was closed already. He told Thuy to wait until the next day.

Trang told Liu that everyone thinks he killed his wife including his friends. When asked why, he said it is because they think when he gets mad at his wife he hurts her, but "that is just a small thing in the family, but I don't kill her. Killing my wife is unimaginable". Trang then said he thinks he knows why his friends think he killed her. He said it is because he treats his wife rough, but after CPS took his kids away a month ago, he decided to change.

Trang then said that the divorce was just a plan that Tuyet came up with so they could get the children back. Tuyet then spoke with Tammy Tran to get a divorce. Trang said the went to one lawyer and paid him $1000.00 to file the divorce, but he never did. Tuyet then went to Tammy Tran and he went to Shandon Pham. Trang told Shandon that he really was not filing for a divorce because that was something told to him under Attorney/Client privilege and it would be confidential.

Trang told Shandon they planned to file a divorce to get the kids back and so his wife could do an arranged marriage with a friend of theirs from Vietnam. They wanted to help him come to America. Their friend was wealthy and was going to pay them if he could marry his wife. Trang apologized knowing this was illegal. Shandon advised them not to do the arranged marriage.

Investigator Liu explained that he did not think the store was robbed. He described the area where the cash register was, was thin and easy for someone to bump into the items around it. Liu described that nothing looked to be bumped. He also told Trang that the key was in the cash register and Trang said the key was always left in the register. Trang said that Tuyet normally kept around $100 in the cash register. When Liu asked him, why someone would have killed his wife instead of just taking the money and leaving, Trang said that Tuyet might not have wanted to give them the money. Liu then asked him if he thought she would not open the cash register for $100 and Trang then said he was thinking there was more cash.

Trang told Liu that his wife probably had a lot of money on her after the show. He said that he thought they made "20 something thousand dollars". He was not sure and said Lucy would know how much. Trang said numerous times that there was blood all over, even the shelves. He thought his wife struggled with the killer.

Liu asked Trang why the robbers did not take the phones and Trang said that they might not have wanted Tuyet to call the police so they broke the phones. Liu explained that Tuyet's car was found around the corner from the business and that we have video from that location as well.

Liu explained that his wife was not found in the front of the store how Trang was saying and that she was found in the back room. Liu also told Trang that he recovered the phones that belonged to the complainant and the object used to break the phones was the same object used to kill his wife.

CONFIDENTIAL
APPTRANX 0252

Liu told Trang that he believed that this was not a robbery because the robber would have taken the two phones instead of broken them.

Trang told Liu that he and Tuyet were going to get a divorce so Tuyet could marry Hai Nguyen and Trang would marry Hai's wife so they could come to the United States. Trang said that he and his wife would be paid $50,000 each.

Trang said that the last time he and his wife argued was when the kids were taken away by CPS.

Trang said after he left the store, he went to his home and did work on the computer and paid bills. He then said that Thuy called him around 10:00 PM looking for his wife and Cindy called him around 1:00 AM looking for his wife as well.

Liu then went over the Voluntary Consent to Search Form for Trang's cellphone and Trang filled it out and signed it. Liu then looked through the call logs on Trang's phone. Liu then explained the Consent form for Specimen to obtain a buccal swab from Trang. Trang signed the form. Liu then obtained the Buccal swab from Trang.

Throughout the interview, Trang said he was "Sorry" several times.

Liu finished his interview around 9:05 PM.

## ARS Narrative Report No=094174515 Supplement No=0021

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0021 | Reported Date 08/26/2015 | Offense Key 0001 | Status RTF |
|---------|------------|----------------------|--------------------|--------------------------|------------------|------------|
| | | | Narrative | | | |

I, Investigator W. Gilbert, learned that a male was eating dinner at Pho Hung Vietnamese restaurant located at 10800 Bellaire Blvd. Ste. B on the night the complainant was killed. Officer Thanh Ha, who was working an extra job at Teletron in the same shopping center, told this to Lt. T. Huynh. Officer Ha told Lt. Huynh that he was approached by a male who told him that he may have seen the person responsible to killing the complainant. This male was named Michael To. Officer Ha gave Lt. Huynh the contact information for Mr. To. Lt. Huynh called Mr. To and set up a meeting with him at Westside Police Station to show him a photo array for 1:00 PM on August 3, 2015.

~~~~~~~~~~~~~~~~~~

On Monday, August 3, 2015, Lt. Huynh, Officer K. Fregia and I met with Witness Michael To at Westside Police Station at 1:00 PM. Lt. Huynh found us an interview room upstairs. Lt. Huynh primarily interviewed the witness due to witness bring more comfortable speaking Vietnamese.

Michael To

832-282-5266
Work Address of:
11209 Bellaire #C 17B

Throughout the interview, Lt. Huynh and Mr. To would speak in Vietnamese, but Lt. Huynh would stop and tell me what was said. Below is a summary of the interview. Listen to interview for a more details. The interview was recorded using my department issued Sony Digital IC Recorder.

The interview started with Lt. Huynh explaining the investigation process and explained the fact

CONFIDENTIAL   APPENDIX 0285

that Mr. To might have to testify later down the line. Mr. To had concerns and was worried about retaliation. Lt. Huynh explained that during the investigation, it was our job to speak with as many people possible and explained that the information obtained from Mr. To could help in leading us in the right direction or could help eliminate people during the investigation as well. Mr. To was willing to move forward with the interview.

On Monday evening, at around 8:00-8:15 PM, Mr. To was on his way to eat at Pho Hung Vietnamese restaurant, which is two doors down from where the complainant was killed. Mr. To parked between Clear-Vue Optical and Global Salon. Mr. To was on his phone looking at Facebook before going into the restaurant when he saw an Asian male about 5'6", 160 pounds, 40-50 years old (probably in mid to upper 40's, wearing a darker shirt that was not white or yellow (probably gray), and pants. As Mr. To was looking at his phone, the Asian male walked out of Signature Beauty Show (Complainant's business), they made eye contact and then the Asian male turned around and went back inside the store.

After Mr. To finished eating, he stepped outside as the restaurant closed for the day. Mr. To said that the restaurant closed at 9:00 PM and it was now dark outside. He said he was the only one in the area.

As Mr. To was leaving, there were no cars parked in front of the businesses and there may have been a few cars belonging to employees further out in the parking lot. His car was the only car on the front row by the shops.

Mr. To also said that when he pulled up there was a male and female outside of Clear-Vue Optical and they were both Asian. While he was eating, the employees stayed inside the restaurant working while he was there.

At this time, Lt. Huynh read and explained the Witness Admonishment Form to Mr. To and Mr. To signed it. Since I put the photo array (58238) together, Lt. Huynh showed the photo array as a blinded administrator.

**HPD PHOTO ARRAY**

**TYPE OF PHOTOGRAPHS USED:**

[X]   HPD I.D. Number
[X]   DPS Number
[  ]   Polaroid
[  ]   Others

**NAME OR NUMBER**

1. 031001268229
2. 031001272777
3. 031001272736
4. 031000831081
5. 031001273340
6. 16966387 (Trang Vu TXDL photo)

**LOCATION OF PHOTO ARRAY VIEWING:**

3203 S. Dairy Ashford
08/03/2015
1:40 PM

**HPD PERSONNEL CONDUCTING PHOTO ARRAY:**

CONFIDENTIAL                        APPENDIX 1256

Lt. T. Huynh

**WITNESSES VIEWING:**

1. **Michael To**   POSITIVE ID [     ]   TENTATIVE ID [     ]   **NEGATIVE ID [X]**

Mr. To looked at the photo array and asked if we had a complete picture with the males standing up. He was told that we did not. Mr. To said he only had a brief glance of the Asian male and did not recognize him in the photos. Mr. To said he could not identify anyone and did not want to point us in the wrong direction in our investigation. Mr. To said it would be easier to see the full body of the people and we discussed possibly showing him a live line-up in the future.

END OF INTERVIEW
END OF SUPPLEMENT

## ARS Narrative Report No=094174515 Supplement No=0022
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|------------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0022 | 08/30/2015 | 0001 | RTF |
| Narrative | | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PHONE CONVERSATION
ROBBINS MITCHELL
▆▆▆▆▆▆▆▆▆▆
713-636-2019
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Sunday, August 30, 2015, around 12:45 PM, I called and spoke with Robbins Mitchell, who is the ex-roommate of Trang Vu. Mr. Mitchell told me that he rented a room from Trang Vu and his wife. Mr. Mitchell said he believes since CPS took the children out of the home, that is why Ms. Tran was killed. Mr. Mitchell believes she would not have been at the store on the night she was murdered and would have never moved out if CPS would have never gotten involved. Mr. Mitchell did not know the time when Mr. Vu came home but thought it would have been around 9:00 PM. Mr. Mitchell also stated he did not know what Mr. Vu did when he came home on the night of Tuyet's death. Mr. Vu would usually go to bed when he got home due to working his primary job and then helping at the business. Mr. Mitchell said he would be happy to help, but did not know anything. Mr. Mitchell said he moved out due to the landlord jumping the rent from $1200/month to $2000.00/month.

END OF SUPPLEMENT

## ARS Narrative Report No=094174515 Supplement No=0023
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|------------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0023 | 09/04/2015 | 0001 | RTF |
| Narrative | | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL   APPENDIX 1233   TRAN 1283

SUBPOENA
CHASE BANK
FAXED TO 317-757-7421
*********************

On Friday, September 4, 2015, I spoke with Harris County Assistant District Attorney Cameron Calligan who typed a subpoena for video captured by Chase Bank located at 10850 Bellaire Blvd, Houston, TX 77072. The subpoena was faxed on September 4, 2015 and will be sent through Certified Mail as well.

END OF SUPPLEMENT.

## ARS Narrative Report No=094174515 Supplement No=0024

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0024 | Reported Date 10/21/2015 | Offense Key 0001 | Status RTF |
|---|---|---|---|---|---|---|
| | | | Narrative | | | |

On 10/21/2015, Criminalist Mary K. Childs-Henry, To Lab, Items were signed for by "Rita Sanchez - 135623". Item 002 3 touch/trace DNA swabbing samples Item 006 SE CONTAINS: PRESEALED DNA SWAB from hallway Item 009 PRESEALED SE CONTIANS: 5 unfired .38 spec cartridges CBC Item 010 Rossi PISTOL Revolver 38SPECIAL Serial CW35991 Item 014 PRESEALED 10X4 BOX CONTAINS: FORENSIC-TRACE EVIDENCE,M.E.#15-2613. Item 015 SE CONTAINS buccal swab for trang vu

## ARS Narrative Report No=094174515 Supplement No=0026

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0026 | Reported Date 10/22/2015 | Offense Key 0001 | Status RTF |
|---|---|---|---|---|---|---|
| | | | Narrative | | | |

On July 21, 2015, I received a phone call from Natalie Nguyen from Tammy Tran Lawfirm. She told me Tuyet Tran had called her around 5:30 PM the day before on July 20, 2015 but she did not speak with her. Natalie called her back around 7:30 PM and the call went straight to voicemail. Natalie then told me the week before, Tuyet Tran called her and asked her to get a Protective Order for her from her husband and that she was scared of him. Natalie told me that she tried to file the paperwork for a Protective Order and a divorce, but it was rejected twice due to Tuyet Tran already having an attorney that filed the divorce.

Natalie then told Tuyet that she could not help her since she already had a lawyer. Natalie told Tuyet that she needed to get her lawyer to file for the Protective Order for her.

Natalie told me several times that Tuyet told her that she was scared of her husband and wanted help. Natalie told me that Tuyet had an elderly couple that said Tuyet and the children could move in with them and that Child Protective Services had already interviewed them and that CPS was to be meeting with Tuyet that day to discuss Tuyet getting the children back.

Investigation to continue...

## ARS Narrative Report No=094174515 Supplement No=0027

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0027 | Reported Date 10/23/2015 | Offense Key 0001 | Status RTF |
|---|---|---|---|---|---|---|
| | | | Narrative | | | |

CONFIDENTIAL

APD-RMN 1058

After reviewing video from Hanks Cajun Restaurant, Investigator W. Gilbert could see that the complainant's vehicle left the location at around 10:31 PM. This video was taken from Camera 07 from Hanks Cajun Restaurant. When reviewing other footage from Pacific Range Hood I could hear Complainant screaming around 8:17 PM. The video skipped for an unknown reason and you could hear her scream again around 8:41 PM. Also at this time you could hear thre quick thump sounds and another shortly after that. The screaming then stopped. These two videos were captured on 07/20/2015.

Taking the times into consideration, Complainant may have been killed around 8:41PM and her vehicle left the location around 10:31 PM on the same date.

## ARS Narrative Report No=094174515 Supplement No=0028
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0028 | 10/27/2015 | 0001 | RTF |

| Narrative |
|-----------|
| - |

On 10/27/2015, DATA ENTRY OPERATOR Brenda A. Mitchell, From Lab, Items were signed for by "Mary K. Childs-Henry - 099062". Item 010 Rossi PISTOL Revolver 38SPECIAL Serial CW35991 Item 014 PRESEALED 10X4 BOX CONTAINS: FORENSIC-TRACE EVIDENCE,M.E.#15-2613.

## ARS Narrative Report No=094174515 Supplement No=0029
▲

| Details | Agency | Incident # | Supplement No | | Reported Date | Offense Key | Status |
|---------|--------|-----------|---------------|---|---------------|-------------|--------|
| 🔍 | HPD | 941745-15 | 0029 | - | 10/27/2015 | 0001 | RTF |

| Narrative |
|-----------|

****Introduction ****
On 7-21-2015, I, Officer C. Liu and Officer W. Gilbert, assigned to the Houston Police Department Murder Squad 20, received a murder call out at 1138am from Officer Cegielski and Sgt Mosqueda of the Homicide Hold Desk. I gathered all the necessary equipment for the scene and left the Homicide division at 1205pm and arrived at the scene (10800 Bellaire Blvd suite #D Houston, Tx 77072) at 1228 pm. Officers B. Tesfay and K. Ferguson who also made the scene as well. Officer S. Pham was the primary patrol officer at the scene and CSU Officer Barr was also assigned to this case.

I was notified by the primary officer Pham that the complainant's body located inside the kitchen/break room of the suite #D (business name Signature Beauty Show). Officer Pham had already set up the crime scene tape and secured the location. Officer Pham also told me that he had the complainant's husband inside of one of the unit's patrol car and waiting to make a statement.
***************************

****Scene Summary *******
The incident occurred at the 10800 Bellaire Blvd #D Houston, Tx 77072. The business shopping center is called Lion Square Shopping center. The incident location located in the west side of the shopping center section. The west section consist several businesses:
Suite #A Khoa's Tailor
Suite #B Pho Hung restaurant
Suite #C Pacific Range Hood
Suite #D The incident location. Signature Beauty Show
Suite #E Clear Vue Optical
Suite #F Kim Phat
Suite #G Hank's Famous Cajun Crawfish

CONFIDENTIAL  APPTRANX 1259

Suite #H Global Salon
Suite #J Income Tax/ Burin Travel


****Complainant's vehicle stolen and recovered ******
During the investigation, we learned that the complainant's 2013 Toyota Rav4 XLE was missing. I was able to speak with the complainant's husband Trang Vu and found out that vehicle has low jack wire into the car. I called and spoke with Officer Conner from HPD Auto Theft division (at 1310 hours) regarding to the steps to activate the low jack. I had Officer Benson (19G25D) to completed an auto theft report (case# 094217615-D) and activated the low jack (unit# 2143770222). I had Officer Benson to send be on the look out to city wide at 1328 hours. At 1406 hours, the dispatcher was able to locate the stolen vehicle at 6498 Wilcrest in which just 2 blocks away from the murder location. I have a patrol unit (Officer F. Coronado 19G50E) to locate the vehicle. I and officer Tesfay went to the location shortly after. I observed that the complainant's stolen vehicle's front driver side glass was broken but the broken glasses was spread and scattered inside and outside of the vehicle at the location, therefore leads me to believe that the broken driver side glass was broke at this location and not at the murder scene. Please see Officer Coronado's supplement for the vehicle recover details.

I and Officer Tesfay canvas the location and found out that the complainant's vehicle was park inside of a private business called Odessy Nail System. We were able to spoke with the company secretary Mira Song to help us to obtain a surveillance video (video record none stop and it's not a motion based. From the video, due to the darkness and lighting conditions, I can only observed a vehicle's head light came into the parking lot around 935pm and stay there until we found the car. I had Ms. Song to check if her company conducting any business with the complainant's company and she told me no. Please see officer Tesfay's supplement for recovering the video footage.
****************************************************

**** Murder Scene description: *************
The incident location was located inside the kitchen of the Signature Beauty Show at the Lion Squad located on 10800 Bellaire Blvd #D. The store's front door was made of glass and is facing the direction of the south. The front door was covered with tint like material and I was unable to look inside when stand outside. While walking inside of the store, there was a walk way divided in between 2 shelves, one to the east and one to the west. The east shelves were made of wood and plastic with granite counter top. On top of the shelf was a computerized point of sale system and an Epson thermos printer. There was a computer keyboard with a broken wire sitting next to it. Underneath the computer, there were several register. A black color plastic cash drawer was empty and left on the floor. Items on the shelves were not disturbed.

Past the lobby area the store becomes a class room which has 2 rows of the tables (7 on the west side and 4 on the east side, tables were approximately 2 feet by 4 feet long). The entire table has 2 to 3 chairs and a lamp and a trash can next to it. The tables were mostly undisturbed. There was an entry hall on the far north side of the class room. There were a series of tables on the west side of the hall way and there were food and drinks (appear to be juice or punch) sitting on top of it. The hall way close to the kitchen/storage appeared to have several possible shoe prints. There was also a small dime sized blood drop outside of the kitchen/storage area. CSU swabbed and tagged into the property room.

There were 3 rooms to the east side of the hall way, and the very first room (south most) appeared to be an office. The office door was located on the west and opened into the office. There was a table and office chair inside. A printer also sitting on a table and a shelf located on the northeast corner of the office.

The room north of the office appeared to be a massage room because there were two massage

http://police.rmswebquery.hpd/WEBPRD/Html/WebQ/Doc/PARS/PARS_Narrative_O.asp... 3/10/2016

beds in it.  This room appeared to be not disturbed.

****Complainant Location ****
The kitchen/storage room was located north of the massage room.  Immediately walk into the room, there was 2 sets of the plastic cabinets on the south side of the wall next to a refrigerator.  A white color plastic table was located on the north side of the wall.  There were still a tray of food and other items on the table.  The complainant was found lying face up in between the refrigerator and the table.  There were blood spatter on the wall as well on the bottom of the refrigerator door.  The complainant was an Asian female wearing a black color top and blue jeans.  There was a blood pooling underneath her head and her face was covered with blood as well.  Without moving the complainant, I can see a trauma on her forehead and possibly more injuries due to large amount of blood pooling.  There was a folding metal chair partially underneath of the complainant's left hand also has dry blood on it.  There was a sink and selves on the east side of the room and the shelves were appeared to be storage for equipments.

At the end of the hall way is the restroom.  The trash can, sink and toilet was located on the west side of the restroom.  There was a table with a red color table cloth on it located at the east side of the restroom.  The trash can contained used toilet papers and paper towers.  CSU Barr found two cellphones that were damaged by an unknown instrument leaving circular and rectangle damage shape.
*********************************************

****Restroom: *****
To the west of the kitchen/storage room was a restroom.  There were a trash can, sink and toilet on the west side of the wall.  To the east wall there was a table with red color table cloth on it.  The trash can contain used toilet paper and other restroom papers.  CSU Barr located two cellphones; the screens appeared to be strike with a metal object.

****Autopsy ****
On 7-22-2015, at 11am, I, Officer C. Liu attended the autopsy at the Harris County Medical Examiner's office.  Dr. Doyle starts the autopsy by doing the sexual assault kit.  After the Autopsy, Dr. Doyle told me that he did not find any injury on vagina or rectum area.  Dr. Doyle also stated that the injury to the complainant's head may be caused by heavy blunt object with edges.  There were several injury marks on the complainant's head and the full report will be completed in the later date.
****************************************

Investigation continues.....

## ARS Narrative Report No=094174515 Supplement No=0030
▲

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0030 | Reported Date 10/29/2015 | Offense Key 0001 | Status RTF |
|---------|------------|----------------------|--------------------|--------------------------|------------------|------------|
| | | | Narrative | | | |

On 10/29/2015, DATA ENTRY OPERATOR Demetria D. Guajardo, From Lab, Items were signed for by "Mary K. Childs-Henry - 099062".  Item 002 3 touch/trace DNA swabbing samples Item 006 SE CONTAINS: PRESEALED DNA SWAB from hallway Item 009 PRESEALED SE CONTIANS: 5 unfired .38 spec cartridges CBC Item 015 SE CONTAINS buccal swab for trang vu

## ARS Narrative Report No=094174515 Supplement No=0031
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---------|--------|------------|---------------|---------------|-------------|--------|

CONFIDENTIAL    APD RMK 1260

| 🔍 | HPD | 941745-15 | 0031 | 11/03/2015 | 0001 | RTF |
|---|---|---|---|---|---|---|
| | | | Narrative | | | |

On 11/3/2015, Evidence Tech. Rita Sanchez, From Lab, Items were signed for by "Mary K. Childs-Henry - 099062". Item 010.01 Swab from butt of revolver Item 010.02 Swabs from hammer, cylinder release, and trigger of revolver

## ARS Narrative Report No=094174515 Supplement No=0032
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---|---|---|---|---|---|---|
| 🔍 | HPD | 941745-15 | 0032 | 11/24/2015 | 0001 | RTF |
| | | | Narrative | | | |

On Friday, November 20, 2015, I, Investigator W. G. Gilbert spoke with Steven Jenson who works for Tweedy Claims Investigations, Inc. as an Insurance Fraud Investigator. Steven called and told me that he was assigned a case regarding an insurance policy that Trang Vu had on his wife, Tuyet Tran. Steven told me that Trang purchased the Life Insurance policy for his wife for $275,000 on July 22, 2014. Steven told me that he would be meeting with Trang Vu the following week to discuss the policy.

## ARS Narrative Report No=094174515 Supplement No=0033
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---|---|---|---|---|---|---|
| 🔍 | HPD | 941745-15 | 0033 | 12/03/2015 | 0001 | RTF |
| | | | Narrative | | | |

On Tuesday, December 1, 2015, I, Investigator W. G. Gilbert spoke with Steven Jenson who works for Tweedy Claims Investigations, Inc. as an Insurance Fraud Investigator. Steven told me that Trang Vu and his wife Tuyet Tran both applied for life insurance policies and were accepted, but stated that Mr. Vu did not get a policy of his own. He told me the only life insurance policy was for Tuyet Tran.

On Thursday, December 3, 2015, I contacted ADA Justin Wood and gave him the information needed in order to get a subpoena for the applications for Trang Vu and Tuyet Tran as well as the policy, reports and any other related documents from the Life Insurance company, ING. Subpoena was printed and mailed by certified letter on this date.

## ARS Narrative Report No=094174515 Supplement No=0034
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---|---|---|---|---|---|---|
| 🔍 | HPD | 941745-15 | 0034 | 12/16/2015 | 0001 | RTF |
| | | | Narrative | | | |

On 12/16/2015, Criminalist Mary K. Childs-Henry, To Lab, Items were signed for by "Richard W. Noftsier - 135069". Item 003 5 HPD Latent Print Lift Cards

## ARS Narrative Report No=094174515 Supplement No=0035
▲

| Details | Agency | Incident # | Supplement No | Reported Date | Offense Key | Status |
|---|---|---|---|---|---|---|
| 🔍 | HPD | 941745-15 | 0035 | 01/07/2016 | 0001 | RTF |
| | | | Narrative | | | |

On Thursday, December 7, 2015, I received an e-mail from DeEdra Powell. Following is what I was

CONFIDENTIAL

APPENDIX 1462

e-mailed:

"On July 24, 2015 a family group conference meeting was held in regards to the CPS case. During that meeting. Mr. Vu gave a description of what occurred prior to his wife's death. Mr. Vu stated that he went to the shop to check on things and while their counted the money. He stated that he only took a portion of the money and not all because he does not normally handle the money. During that time Mr. Vu reported that a strange black male walked into the shop looked around strangely and then left. He stated that this alarmed him and that he felt the need to go out to his car to get his gun. He stated that he then came back in and finished counting the money and then left. He stated that his wife and another female were closing the shop and he decided to leave. He stated that when he got in his car to leave he looked in the rearview mirror and saw his wife and the other female locking up and so he didn't think anything of it and left. He stated that was the last time he saw his wife alive".

This is different from the statement he gave at Homicide. He told me that he did not count the money due to him not dealing with the money at the business. He also told me, during his interview, that everyone else left and it was only he and his wife at the store. Mr. Vu stated that when he went to leave he saw the black male that came in earlier and another black male outside. Mr. Vu said when he got in his car to leave his wife was locking the business up for the night.

## ARS Narrative Report No=094174515 Supplement No=0036

▲

| Details | Agency HPD | Incident # 941745-15 | Supplement No 0036 | Reported Date 01/12/2016 | Offense Key 0001 | Status RTF |
|---|---|---|---|---|---|---|
| | | | Narrative | | | |
| On 1/12/2016, DATA ENTRY OPERATOR Demetria D. Guajardo, From Lab, Items were signed for by "Mary K. Childs-Henry - 099062". Item 003 5 HPD Latent Print Lift Cards | | | | | | |

**End of document**