# EXHIBIT O-3

**Nguyen, DanPhi (CAO)**

| | |
|---|---|
| **From:** | Trang Houston <tranghouston@live.com> |
| **Sent:** | Wednesday, July 08, 2015 11:41 AM |
| **To:** | shayolonda.herron@dfps.state.tx.us'; fredrick.jones@dfps.state.tx.us; Nguyen, DanPhi (CAO) |
| **Cc:** | Law@shandonphanlaw.com; sphan@shandonphanlaw.com |
| **Subject:** | Robbins Mitchell Interfering CPS Investigation |

Dear CPS,

I raised my hand and took my oath in front of Judge John Phillips on July 7th, 2015, to testify the truth. The following information is what I freely and voluntarily provide to CPS to help you complete your investigation regarding ████ ████████ who are currently in your custody.

The roommate/tenant, Robbins Mitchell, who involved in Shayonlonda's investigation on June 24th, 2015 was arrested and currently out of jail under a bailed bond. He is pending a court hearing. On July 7th, 2015, I drove him to Houston Juvenile Court, presiding Judge John Phillips. Robbins Mitchell was prepared to be called as witness to testify in court in defense of P███ and D█████ T███.

While we were sitting in the back of the courtroom and waiting for Judge John Phillips, Robbins Mitchell made offensive comments. He said "the judge needs to get off his lazy ass and gets moving". He then made another comment about CPS caseworkers who were waiting in the courtroom (his voice was loud enough for people around him to hear) "they are fat and ugly people". People turned their heads toward us sitting in the back. I looked up and rolled my eyes in the air. It was an embarrassment moment sitting next to P███ & D█████ defense witness. I told him "the officer will throw you out of the courtroom". It also happened on July 6th, 2015 at my house when Robbins Mitchell invited his friends come to the house to visit him. They were in my garage and were talking about his recent arrest. I heard him calling Shayonlonda a "colored girl" and the reason for CPS investigator named "Shayonlonda" was because she thought it sounded good to her.

At the courtroom there was a CPS lady sitting next to me. She got up and left the courtroom, and I followed her outside. I don't know her name but I stopped her in the hallway, showed her Shayonlonda's business card and asked her to call Shayonlonda, (I think Shayonlonda has her phone caller ID number). This was to inform Shayonlonda about Robbins Mitchell. I never knew about his prejudice, and his hatred for people. I thought he was just a loud mouth person but he was being obnoxious and disrespectful to people. He demonstrated his true color and racism. I believe this was the reason why he was so confrontational with Shayonlonda at the first meeting at my house. The meeting was an opportunity and provided a base intention for him to verbally attack Shayonlonda under false disguise of protecting the kids. He said it was his "political vendetta". In my belief, it disrupted and distracted CPS investigation from the beginning and derailed communication between me and Shayonlonda. He interfered twice in CPS investigation and the first Court Order when constable was removing the kids; and I determined not to let it happens the third time at the courthouse. I decided to stop him from appearing in front of Judge John Phillips and removed him from courtroom. I told my legal counsel, Shandon Phan, that we don't need Robbins Mitchell's presence and terminate his bias testimony. I told Robbins Mitchell to take the bus home. He left the courtroom before our hearing was called.

I believe he is a bad influence for the kids: anti-authority, contempt and disrespect. I have decided to move to another address and completely evacuate the house at 9226 Sandstone Street by the end of July, before our next court hearing in August. I told Shayonlonda that Robbins Mitchell is a nutcase and he will be out of my life and out of the kids' sight.

I hope this information will help you complete your investigation.

**CONFIDENTIAL**                    APPENDIX 0359

If you have any questions regarding this information, please feel free to contact me.

Thank you,

Trang Vu
Alledged Father of █████████████
Cell 713-992-6864
Work 281-444-1585 x 496

CONFIDENTIAL