# EXHIBIT P

7/3/2015 1:50:17 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5931747
By: Sue Peavy-Gunn
Filed: 7/3/2015 1:50:17 PM

## 2015-38397 / Court: 309

NO._____

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| TUYET NGOC TRAN<br>AND<br>TRANG K VU | §<br>§<br>§<br>§ | HARRIS COUNTY, TEXAS |
| AND IN THE INTEREST OF<br>P\_\_\_ T\_\_\_ AND D\_\_\_\_\_ T\_\_\_<br>MINOR CHILD | §<br>§<br>§ | \_\_\_\_TH JUDICIAL DISTRICT |

### ORIGINAL PETITION FOR DIVORCE

TO THE HONORABLE JUDGE OF SAID COURT:

This suit is brought by **TUYET NGOC TRAN**, who is 48 years of age and resides in Harris County, Texas.

**TRANG K VU**, Respondent is 45 years of age.

I.

Discovery is intended to be conducted under Level 1 of Rule 190 Tex. Rules of Civil Procedure.

II.

Petitioner has been a domiciliary of this state for the preceding six month period and resident of this county for the preceding ninety day period.

III.

No service on Respondent is necessary at this time.

If Respondent does not sign a Waiver of Service, Respondent may be served process wherever he can be found.

IV.

The parties were married on or about August 2001, and ceased to live together as husband and wife on or about June 2015.

V.

APPENDIX 0261

The following child was born of the marriage.

NAME: P███ T███     SEX: FEMALE
RESIDES WITH RESPONDENT     D.O.B: ███

NAME: D███ T███     SEX: MALE
RESIDES WITH RESPONDENT     D.O.B: ███

## VI.

The parties has become insupportable because of discord or conflict of personalities between the Petitioner and Respondent that destroys the legitimate ends of the marriage relationship and prevents any reasonable expectation of reconciliation.

## VII.

Petitioner believes Petitioner and Respondent will enter into an agreement for the division of their estate. If not, Petitioner requests the Court divide the estate in a just and right manner.

## PRAYER

Petitioner prays that citation and notice of issue as required by law and this Court grant a divorce and decree such other relief requested in this petition.

Petitioner prays for general relief.

Respectfully submitted,

*S/ THAO THIEU*
THAO THIEU
11210 BELLAIRE BLVD. STE. 148
HOUSTON, TX 77072
PHONE NUMBER: (281) 741 – 1844
TBA NUMBER: 240077662