# EXHIBIT Q-1

APPENDIX 0267

# EXHIBIT Q-1
# Confidential Pages from TDFPS Records

# FILED UNDER SEAL