# EXHIBIT Q-2

APPENDIX 0269

**From:** Gilbert, Wendell
**To:** Nguyen, DanPhi (CAO)
**Subject:** Email from Mrs. Armstrong.
**Date:** Wednesday, June 22, 2016 4:39:55 PM

Good morning,

I did have my very first face to face contact with Mr. Vu at my office on 7-20-15. He arrived at my office around 3-330 and didn't leave until almost 5. At the beginning of the meeting, he was fine but as soon as I brought up Mrs. Tran, he began to get hostile and raising his voice. He started telling me how she wasn't fit to raise the children and how he brought her over from Vietnam to have a better life. I could tell he was very upset at the possibility of Mom getting custody of the children but I told him that ultimately it was up to the job. He then stated that he'd rather his children stay in foster care and went on to blame Ms. Tran for breaking up their family. I had to constantly keep redirecting the conversation since we were there to talk about services that CPS was asking him to complete.  After a hour, I just ended the conversation and told him that I'd be in contact within the next few days.

Hope this helps!

**CONFIDENTIAL** APPENDIX 1368 TRAN 1368