# EXHIBIT R

**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

# BUSINESS RECORDS AFFIDAVIT

## THE STATE OF TEXAS

## THE COUNTY OF HARRIS

I, the undersigned, being duly sworn upon my oath, do hereby certify:

1. My name is <u>Marris Beavers</u> and I am the Custodian of Records for HARRIS COUNTY INSTITUTE of FORENSIC SCIENCES and, in this capacity, I have custody of the business records of the decedent examined at this facility.

2. I have personally reviewed the attached records this date, and I certify that these records are business records maintained at this facility concerning the decedent, that these records were personally prepared by members of the staff of this facility, that all of the entries made in the records were made at or about the time of the examination of this decedent which are described in said records and that said records have been maintained at all times in the regular and ordinary course of this business at this facility.

3. The attached <u>26</u> pages are/is true and complete copies of said records.

ML15-2613 – Tuyet N. Tran

_Marris Beavers_

Marris Beavers, Custodian of Records

SUBSCRIBED AND SWORN to before me this 14th day of March, 2016.

_Rose Mary Valdes_
NOTARY PUBLIC

My Commission Expires: March 6, 2017



ROSE MARY VALDES
Notary Public, State of Texas
Comm. Expires 03-06-2017
Notary ID 413282-4

1885 Old Spanish Trail, Houston, Texas 77054  |  713-796-9292  |  713-796-6844 (F)  |  harriscountytx.gov/ifs

APPENDIX 0272

**HARRIS COUNTY**
# INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

---

STATE OF TEXAS            §
                          §
COUNTY OF HARRIS          §

I, Luis A. Sanchez, M.D., Executive Director & Chief Medical Examiner of Harris County, do

hereby certify that the attached autopsy report and toxicology report (where applicable) represent

a true and correct copy of the Autopsy/External Examination findings on the body of

Tuyet N. Tran                              , Case # ML15-2613                    .

Witness my hand in Harris County, Texas, this 14th day of March              , 2016    .

Executive Director / Chief Medical Examiner
Harris County, Texas

Subscribed and sworn to before me this 14th day of March              , 2016    .

VELISIA CHILDERS
Commission # 124744027
My Commission Expires
November 12, 2019

Notary Public, Harris County, Texas



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No.  ML15-2613

July 22, 2015

## ON THE BODY OF

Tuyet N. Tran

CAUSE OF DEATH:  Blunt force head trauma

MANNER OF DEATH:  Homicide

DATE OF DEATH:  July 21, 2015

Sara N. Doyle, M.D.
Assistant Medical Examiner

9/18/15
MMDDYY

Reviewed by:

Dwayne A. Wolf, M.D., Ph.D.
Deputy Chief Medical Examiner

09/18/15
MMDDYY

Tuyet N. Tran
ML15-2613
-2-

POSTMORTEM EXAMINATION ON THE BODY OF

Tuyet N. Tran

HISTORY:   This 48-year-old Asian woman, identified by fingerprint comparison as Tuyet N. Tran, was pronounced dead at 10:00 a.m. on July 21, 2015, at a nail salon at 10800 Bellaire Boulevard, in Houston, Texas.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Sara N. Doyle, M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, and beginning at approximately 11:50 a.m. on July 22, 2015.   Officers David Ferguson, C. Liu, and Kenneth Elliott of the Houston Police Department are in attendance.

EXTERNAL APPEARANCE:   The body is that of a normally-developed, 64 inch, 143 pound Asian woman whose appearance is consistent with the given age of 48 years.   The straight black hair measures up to approximately 7 inches.   The eyes have brown irides. The conjunctivae have no hemorrhage, petechiae, or jaundice.   Cosmetic tattoos are over both eyebrows and the lash lines of the upper and lower eyelids bilaterally.   The oral cavity has natural teeth in good repair.   The oral mucosa is atraumatic.   Blunt force head injuries are subsequently described under the EVIDENCE OF INJURY paragraph. The torso and extremities are normally developed and symmetrical.   Multiple healing scabs and hyperpigmented ovals are predominantly over the back and focally over the bilateral dorsal upper extremities and abdomen.   Striae are over the lower abdomen.

The fingernails are very short, intact, and do not extend beyond the fingertips.   The toenails contain a French style manicure and are unremarkable.   A 2 inch faint pink discoloration without hemorrhage is at the volar right antecubital fossa region.   A 2 inch oval to irregular faint scar is on the anterior left shin.

The genitalia, including the labia majora, labia minora, posterior fourchette, and vaginal canal are free of injuries.   Thin bloody fluid is within the vagina (Note:   Internal examination reveals hemorrhagic endometrium consistent with menstrual endometrium as subsequently described). The anus is unremarkable and has no injuries.

Tuyet N. Tran
ML15-2613
-3-

CLOTHING AND PERSONAL EFFECTS:  When first viewed, the decedent is clad in a black lace blouse which is pulled up at one side, a bloodstained gray bra, blue jeans, black underwear, and a black sandal on the right foot.  No matching sandal is received.  The black shirt has a high beaded neckline which contains a button and loop closure at the back which is open.  The loop and button are intact.  The bra has a hook-and-eye closure with one of the hooks absent, as well as a loose eye closure.  The fabric of the bra is partially torn centrally, however, the bra remains attached anteriorly.  The left middle finger has a metal ring with a white stone.  The ring is swabbed and the swabs are submitted to evidence.  The ring is submitted as property.  The clothing is submitted to evidence.

POSTMORTEM CHANGES:  There is moderate rigor mortis of the upper and lower extremities, neck, and jaw.  Lividity is blanching, pink-purple, and posterior in the dependent areas.  The body is cold, subsequent to refrigeration.

EVIDENCE OF INJURY, EXTERNAL AND INTERNAL:

I.  <u>BLUNT FORCE HEAD TRAUMA</u>: Multiple blunt force injuries involve the head.  Injuries of the scalp with associated underlying skull fractures indicating separate impacts are described below in parts A through F.  No sequence is implied.  Additional scalp injuries not associated with skull fractures are described in part G, and intracranial injuries are described in part H.

A. The right parietal scalp is remarkable for a 3/4 by 1/2 inch roughly right-triangular full-thickness laceration with a square inferior posterior corner.  The inferior horizontal edge of this laceration is horizontally parallel with a 1/4 inch linear laceration located slightly anterior to this.  The 1/4 inch linear laceration is full thickness with tissue bridging at its base.  The 3/4 by 1/2 inch triangular laceration is full thickness, has an abraded border, and has tissue bridging at its base.  A 1/4 by 3/16 inch full thickness, roughly H shaped laceration is approximately 1 inch anterior to the triangular laceration.  It is full thickness, has an abraded border, and has tissue bridging at its base.  An area of tissue avulsion is located between the triangular laceration, the 1/4 inch linear laceration, and the 1/4 by 3/16 inch H shaped laceration.  A stellate skull fracture directly underlies this area of blunt injury (see separate REPORT OF ANTHROPOLOGY CONSULTATION, Impact site A).

Tuyet N. Tran
ML15-2613
-4-

A 3 by 3/4 inch area of contusion is above the three previously described lacerations.   A
2-3/4 horizontal by 3/4 inch vertical area of contusion is below and slightly posterior to
these three lacerations.   A 1 inch oval area of contusion is below and anterior to these
three lacerations.

B.   The medial right forehead is remarkable for a stellate, full-thickness laceration
measuring 1-1/2 inches in greatest vertical dimension and 1-1/4 inches in horizontal
dimension.   This stellate laceration consists of a 1 inch arm running superiorly from the
center of the laceration, a 3/4 inch arm running inferolaterally from the center of the
laceration, a 1/4 inch arm running inferiorly from the center of the laceration, and a 3/16
inch arm running leftward.   Tissue bridging is visible at the edges of the laceration.
The superolateral edge of the wound is undermined for approximately 1/2 inch.   A
complex stellate skull fracture with a displaced triangular fragment underlies this
laceration, and is continuous with fractures of the bilateral orbital roofs (see separate
REPORT OF ANTHROPOLOGY CONSULTATION, Impact site B).   A 1/2 inch purple
contusion is on the right side of this laceration.   A 1/4 inch faint pink contusion is on
the left side of this laceration.

C.   A 1/2 inch vertical by 3/8 inch horizontal rectangular full-thickness laceration
involves the superior-lateral left frontal scalp and has abraded borders and tissue
bridging at its base.   A comminuted, depressed skull fracture underlies this laceration,
radiates linearly to involve the left frontal, temporal, and parietal bone, and is focally
continuous with previously described fractures in A and B above, as well as being focally
continuous with the fracture described below in part F.   (See separate REPORT OF
ANTHROPOLOGY CONSULTATION, Impact site C).

D.   The left occipital scalp is remarkable for a vertically-oriented, 7/8 inch,
full-thickness laceration with a 1/4 inch fork at its right edge, forming roughly a Y
shape.   Tissue bridging is visible at the base of this laceration.   A stellate fracture with
a displaced triangular bone fragment centrally directly underlies this laceration, and
radiates linearly to be continuous with the fractures described in E and F below.   (See
separate REPORT OF ANTHROPOLOGY CONSULTATION, Impact site D).

E.   A 3/8 inch full-thickness linear oblique laceration with a 1/16 inch inferior abraded
border is on the right superior occipital scalp.   Tissue bridging is visible at the base.   A
curvilinear fracture radiates inferiorly from the right lambdoid suture, directly underlying

Tuyet N. Tran
ML15-2613
-5-

this laceration, is associated with a triangular bone fragment of the internal skull table, and is focally continuous with the fracture previously described in part D.   (See separate REPORT OF ANTHROPOLOGY CONSULTATION, Impact site E).

F. The left parietotemporal scalp is remarkable for a 3/4 inch linear full-thickness laceration with a forked superior edge which is oriented obliquely with the anterior edge slightly above the posterior edge.   The fork is 1/8 inch in length.   This laceration is surrounded by a 1/16 inch abraded border and has tissue bridging at its base.     A complex linear fracture directly underlies this laceration, and is focally continuous with the fractures previously described in parts C and D (See separate REPORT OF ANTHROPOLOGY CONSULTATION, Impact site F). A 3/4 inch faint contusion is at the anterior edge of this laceration.

G.   Scalp injuries not associated with skull fractures:
The superior central frontal scalp has a 1-1/2 inch oval faint ring of contusion with a 1/2 inch circular to oval spared area centrally which contains softening and hemorrhage of the underlying tissue.

A 1 inch area of patchy contusion is on the central left occipital scalp A 3 inch vertical by 2 inch horizontal area of patchy purple contusion is at the central right occipital scalp. A 1/16 inch small laceration with a 1/8 inch contused border is on the superior medial left occipital scalp.

A 5/8 inch oblique linear full-thickness laceration with smooth borders and no tissue bridging is at the right lateral forehead - temporal region, and has a 1/16 inch abraded border superiorly.   A 3/8 inch oval contusion is inferior and posterior to this laceration.

H.   Intracranial injuries:
Approximately 50 milliliters of clotted non-adherent subdural hemorrhage are over the left convexity and bilateral base of the brain.   Thick subarachnoid hemorrhage is diffusely over the brain.   Areas of patchy purple cortical contusions involve the lateral left frontal, parietal, temporal, and occipital region (12 by 7 centimeters), with a 1.5 centimeter area of extension over the inferior left temporal lobe.   A 0.5 centimeter area of contusion involves the anterior left temporal lobe.   A 1.5 centimeter area of contusion involves the inferior left frontal lobe.   A 2 by 0.5 centimeter area of contusion involves the inferior right frontal lobe.   A 2.5 by 1 centimeter area of contusion involves

Tuyet N. Tran
ML15-2613
-6-

the anterior right temporal pole.   A 0.1 centimeter punctate area of purple contusion involves the inferior lateral left occipital lobe.   A 4 by 2 centimeter area of contusion involves the lateral right parieto-occipital lobe.   A 1.5 centimeter area of contusion involves the inferior right occipital lobe.

Coronal sections of the cerebrum reveal that the above described contusions are confined to the cortices and do not extend into white matter.   In addition, focal punctate hemorrhages are identified within the midbrain.   The brain is not swollen.   There is no herniation or midline shift.

II.   CONTUSION OF LEFT WRIST:   A 1 inch oval purple contusion involves the volar left wrist.

*The injuries above, having been described, will not be repeated.*

INTERNAL EXAMINATION:

BODY CAVITIES:   The organs are in their normal situs.   The pleural, pericardial, and peritoneal cavities contain no abnormal fluid accumulations or adhesions.

HEAD:   The head is previously described under EVIDENCE OF INJURY.   The brain weighs 1150 grams.   The cortex, white matter, deep nuclear structures, brainstem, and cerebellum are unremarkable except for the previously described injuries.

NECK:   The cervical vertebrae, hyoid bone, tracheal and laryngeal cartilages, and paratracheal soft tissues are without trauma.   Layer-wise examination of the anterior and posterior neck strap muscles reveals no focal hemorrhages.   The upper airway is patent.   The tongue is unremarkable.

CARDIOVASCULAR SYSTEM:   The heart weighs 250 grams and has a right-dominant coronary artery circulation without atherosclerosis of the epicardial vessels.   The myocardium has no focal lesions.   The left ventricular free wall and interventricular septum are each 1.2 centimeters, and the right ventricle is 0.3 centimeters thick.   The endocardial surfaces and four cardiac valves are unremarkable.   The aorta has no atherosclerosis.   The venae cavae and pulmonary arteries contain no thrombi or emboli.

Tuyet N. Tran
ML15-2613
-7-

RESPIRATORY SYSTEM:   The right lung weighs 280 grams, and the left weighs 275 grams.   The lungs have no masses or consolidations.   The bronchi are unremarkable.

LIVER, GALLBLADDER, AND PANCREAS:   The liver weighs 1400 grams and has an intact capsule and pale tan parenchyma without focal lesions.   The gallbladder contains 5 milliliters of green bile without stones.   The gallbladder mucosa is unremarkable.   The pancreas is unremarkable in lobulation, color, and texture.

SPLEEN AND LYMPH NODES:   The spleen weighs 80 grams and has an intact capsule. The parenchyma is slightly pale and has no focal lesions.   There are no enlarged lymph nodes.   The bone marrow, where viewed, is unremarkable.

ENDOCRINE SYSTEM:   The thyroid and adrenal glands are slightly pale and have no focal lesions.

GENITOURINARY SYSTEM:   The right kidney weighs 105 grams, and the left weighs 110 grams.   Each kidney has a slightly pale surface with an unremarkable architecture and vasculature.   The ureters maintain uniform caliber into an unremarkable bladder which contains 25 milliliters of clear yellow urine.   The uterus, ovaries, and fallopian tubes are unremarkable.   The endometrium is hemorrhagic, consistent with menstrual endometrium.   A small amount of bloody fluid is within the vagina, consistent with menstrual blood.   The vagina is unremarkable and has no trauma.

GASTROINTESTINAL SYSTEM:   The esophagus and gastroesophageal junction are unremarkable.   The stomach contains approximately 250 milliliters of intact undigested fragments of noodles and vegetables.   The gastric mucosa has no focal lesions.   The serosal surfaces of the small intestine and large intestine are smooth and glistening. The vermiform appendix is unremarkable.

MUSCULOSKELETAL SYSTEM:   The vertebrae, clavicles, sternum, ribs, and pelvis have no fractures.   The musculature is normally distributed and is unremarkable.

TOXICOLOGY:   Specimens including blood, vitreous, urine, bile, stomach contents, liver, and brain are submitted to toxicology.

Tuyet N. Tran
ML15-2613
-8-

HISTOLOGY:   Specimens including heart, lung, liver, kidney, spleen, and brain are submitted to histology.

PHYSICAL EVIDENCE:   Specimens including sexual assault evidence collection kit, fingernail scrapings and clippings, DNA bloodstain card, pad from inside underwear, swabs from ring on the left hand, and clothing are submitted to evidence.

ANTHROPOLOGY:   Anthropology consultation for evaluation of skull fractures performed, see separate REPORT OF ANTHROPOLOGY EVALUATION.

## PATHOLOGICAL FINDINGS

A. Blunt force head trauma
   1. Multiple abrasions, contusions and lacerations of head
   2. Multiple skull fractures
   3. Subdural and subarachnoid hemorrhage
   4. Multiple cortical contusions of brain
   5. Punctate hemorrhage of midbrain

B. Contusion of volar left wrist

Tuyet N. Tran
ML15-2613
-9-

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2001

Sara N. Doyle, M.D.                                          ML15-2613
Assistant Medical Examiner

<u>MICROSCOPIC EXAMINATION</u>

Summary: Four H&E-stained slides are examined.

HEART - Sections from the left and right ventricles have mild myocyte hypertrophy.

BRAIN - Section of the frontal lobe has acute subarachnoid hemorrhage and mild edema.
Section of the hippocampus has no significant pathologic change.

LUNG - Edema and congestion.   Focal intravascular neutrophils.

LIVER - No significant pathologic change.

KIDNEY - No significant pathologic change.

SPLEEN - No significant pathologic change.

_____     _____
          Sara N. Doyle, M.D.                MMDDYY
          Assistant Medical Examiner

Harris County Institute of Forensic Sciences

| Case Number: ML15-2113 | Decedent's Name: Tuyet Tran | | |
| Examiner: Doyle | | Date: 7/22/15 | Page: 1 of 3 |



Section: Pathology
Form Title: Autopsy Diagram – Head, A-P & lateral
Rev.
Authorized by: DA Wolf
Form No.: PAT 005
Rev. Date: 11/5/13

APPENDIX 0283



| Harris County Institute of Forensic Sciences | | | | |
|---|---|---|---|---|
| Case Number: MLI5-2613 | | | Page: 2 of 3 | |
| Decedent's Name: Twist Trav Doyle | | Length: 64 | Weight: 143 | |
| Examiner: | | Date: 7/22/15 | Time: 11:50AM | |



2" faint ank (No hem.)

faint spine

2" mark oval healing scabs + hyper pig. scars × 6-12

2" manken

| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Adult Female, Front/ Back | Form No.: PAT.002 |
| Rev.: | Rev. date: 11/5/13 |

APPENDIX 0284



| Harris County Institute of Forensic Sciences | | | | |
|---|---|---|---|---|
| Case Number: ML15-2613 | Decedent's Name: Thuyet Tran | | | |
| Examiner: Doyle | | Date: 7/22/15 | Page: 3 of 3 | |



1" oval
purple cort

| Section:  Pathology | Authorized by:   DA Wolf |
|---|---|
| Form Title:  Autopsy Diagram – Hands, all views | Form No.:  PAT.010 |
| Rev.: | Rev. date:  11/5/13 |

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1885 Old Spanish Trail
Houston, Texas  77054-2001
Phone:  713-796-6830  Fax:  713-796-6838

## LABORATORY REPORT

### August 13, 2015

**LABORATORY NUMBER:** ML15-2613

**Deceased:  TUYET N TRAN**

**Submitted By:**
Sara N. Doyle, M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1885 Old Spanish Trail
Houston, TX 77054

**Agency Number:**  ML15-2613
**Submission Date:**  July 22, 2015

**Specimen: Clot**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Amphetamine/Methamphetamine, Cocaine Metabolite, Phencyclidine | None Detected | Immunoassay - ELISA | M. Lenoir |
| Ethanol, Methanol, Isopropanol, Acetone | None Detected | Headspace GC | K. Peterson |

INSTITUTE OF FORENSIC SCIENCES

AUG 1 3 2015

RECEIVED
RECORDS CUSTODIAN

_Glenna C. Thomas_

Glenna Thomas, BS, C (ASCP), D-ABFT-FT
Technical Reviewer
Toxicologist II
August 13, 2015

_F. Guale_

Fessessework Guale, DVM, D-ABVT,  D-ABFT-FT
Expert Reviewer
Toxicology Analytical Operations Manager
August 13, 2015

Medical Examiner's Initial _SND   8/17/15_

**Unless otherwise requested, toxicology specimens will be discarded one year after date of receipt.**

This Laboratory is Accredited by ASCLD/LAB-*International* and ABFT.

Page 1 of 1

HCMEToxReport v030215

APPENDIX 0286

HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
1885 OLD SPANISH TRAIL
HOUSTON, TEXAS 77054-2098

Sharon M. Derrick, Ph.D., D-ABFA                    ML15-2613
Forensic Anthropologist

## REPORT OF ANTHROPOLOGY CONSULTATION

CASE NUMBER:      ML15-2613
NAME:             TUYET N. TRAN
PATHOLOGIST:      Sara Nunez Doyle, MD
DATE COMPLETED:   September 1, 2015

On July 22, 2015, Dr. Doyle, Assistant Medical Examiner, requested a trauma analysis of the neurocranium of ML15-2613, a 48 year old female. Specifically, Dr. Doyle requested an estimate of the number and sequence of impact sites present. The cranial base was examined and diagramed *in situ* during the autopsy. The fragmentary calotte was placed in a container labeled with the case number and transferred to the Anthropology Laboratory. The calotte was chemically processed to remove soft tissue, reconstructed with cyanoacrylate glue, examined, and photographed. On July 23, 2015, the calotte was re-approximated on the cranial base for additional photographs, and then returned to Morgue staff.

Findings:

Perimortem blunt force trauma is present on the neurocranium. A minimum of six blunt force impact sites are identified; however, the information provided by examination of the fracture patterns is insufficient to determine the sequence of the impacts. During reconstruction the fragmented calotte exhibits bone deformation at the impact sites. All fracture margins are sharp and without evidence of healing, consistent with injury at or near the time of death. The bone quality and morphology are otherwise unremarkable. The impact sites and associated fractures, labeled A-F (no sequence implied), are described individually below.

Tuyet N. Tran
Report of Anthropology Consultation
ML15-2613
-2-

*Impact Sites A-F*
Impact sites A-F are represented by four focal stellate or depressed fractures distributed on the frontal, left and right parietals, and the occipital, and two stellate fractures associated with a large circumscribed region of comminution present on the left side of the neurocranium. Curvilinear radiating fractures communicate with all of the impact sites.

A. Impact Site A: A stellate fracture marked by a displaced triangular fragment is located on the lateral right parietal superior to the temporal line. Three curvilinear fractures radiate superiorly, anteroinferiorly, and posteroinferiorly from the stellate fracture.

B. Impact Site B: A stellate fracture marked by a displaced triangular fragment is located superior to glabella on the frontal bone. The triangular fragment is located to the left of the midline. Four curvilinear fractures radiate inferiorly, laterally to the left and the right, and superolaterally to the left. The inferiorly radiating fracture extends into the ethmoid and the crista galli. Small bifurcations are present on two of the radiating fractures.

C. Impact Site C: A relatively large region of comminution, 67 X 34 mm in size, is centered at pterion, spanning portions of the left frontal, left parietal, left greater wing of the sphenoid, and the left temporal. Impact Site C is located within the comminuted region. The impact site is marked by a depressed bone fragment. A linear pattern is crushed into the external table of the fragment.

D. Impact Site D: A stellate fracture with a large displaced triangular fragment (16.8 X 9.5 X 19.4 mm) is located at the left lambdoid suture. Two curvilinear fractures and one diastatic fracture radiate from the stellate fracture. One curvilinear fracture radiates to the left and one radiates superiorly. The diastatic fracture courses to the right through the lambdoid suture.

E. Impact Site E: The impact site is located on the right lambdoid suture and is marked externally by a curvilinear fracture radiating inferiorly from the diastatic lambdoid suture. Internally, a roughly triangular bone fragment is displaced at the location.

F. Impact Site F: The comminuted region associated with Impact Site C contains a second impact site. The site is marked by spalling of the cortical bone and a complex fracture located within the temporal squama posterior to Impact Site C.

Tuyet N. Tran
Report of Anthropology Consultation
ML15-2613
-3-

Interpretation:
Multiple stellate fractures marked by small depressed or displaced fragments and accompanied by bone deformation are present. The fracture pattern is consistent with a minimum of six blunt force impacts by an object or a portion of an object with a relatively small surface area. The triangular morphology of several of the fracture margins and the linear patterned impression on the fragment at Impact Site C indicate that the surface of the object likely has a linear component. No healing is observed, consistent with perimortem injury.

Summary:
Perimortem blunt force trauma is present in the neurocranium. The fracture pattern indicates a minimum of six impacts by an object or a portion of an object with a relatively small surface area and a linear component. The sequence of the impacts is indeterminate. No evidence of fracture healing is observed, consistent with injury at or near the time of death. The bone quality and morphology are otherwise unremarkable.

*Sharon M. Derrick*        9/8/2015

Sharon M. Derrick, Ph.D., D-ABFA        MMDDYY
Forensic Anthropologist

| Harris County Institute of Forensic Sciences | |
|---|---|
| Section: Anthropology | Authorized by: Director of Forensic Anthropology |
| Form Title: Adult skull (Overall 1) | Form No.:  ANTD-12 |
| Rev.: 0 | Rev. Date: 3/25/2015 |

Gross photographs taken in situ
Reconstructed calotte
- - - - = autopsy cut

Formalin Lot: N/A
Equipment used: Digital Sliding
Caliper (Avenger)
Locktite glue



minimum of
6 impacts to
neurocranium
listed as A-F

no sequence implied
unable to determine sequence
by fracture patterns

____1____ of __3__

M45-2613
Analyst S. Derrick
Date 7/23/2015

APPENDIX 0290

| Harris County Institute of Forensic Sciences | |
|---|---|
| Section: Anthropology | Authorized by: Director of Forensic Anthropology |
| Form Title: Adult skull (Overall 2) | Form No.: ANTD-13 |
| Rev.: 0 | Rev. Date: 3/25/2015 |



Diagram of
Radiating fractures

Formalin Lot: N/A
Equipment used: Digital sliding
caliper (Avenger)
Locktite glue

comminuted region
67 × 34 mm
63 mm to
bregma

C region

Lateral

14.7mm to bregma

A

D    E

— Fracture from B —

— Internal Calotte Fractures —

depressed
endocranially

E

Case Number MLIS-2618
Analyst S. Derrick
Date 7/23/2015

2 of 3

APPENDIX 0291

| Harris County Institute of Forensic Sciences | |
|---|---|
| Section: Anthropology | Authorized by: Director of Forensic Anthropology |
| Form Title: Notes – Blank | Form No.: ANTF-8 |
| Rev.: 1 | Rev. Date: 03/20/2015 |

On July 22, 2015, Dr. Doyle, Assistant Medical Examiner, requested a trauma analysis of the neurocranium of ML15-2613, a 48 year old female. Specifically, Dr. Doyle requested an estimate of the number and sequence of impact sites present. The cranial base was examined and diagramed *in situ* during the autopsy. The fragmentary calotte was placed in a container labeled with the case number and transferred to the Anthropology Laboratory. The calotte was chemically processed to remove soft tissue, reconstructed with cyanoacrylate glue, examined, and photographed. On July 23, 2015, the calotte was re-approximated on the cranial base for additional photographs, and then returned to Morgue staff.

*Impact Sites A-F*

- Bone deformation is observed at the impact sites during reconstruction of the calotte.

A. Impact Site A: stellate fracture marked by a displaced triangular fragment is located on the lateral right parietal superior to the temporal line. Three curvilinear fractures radiate superiorly, anteroinferiorly, and posteroinferiorly from the stellate fracture.

B. Impact Site B: A stellate fracture marked by a displaced triangular fragment is located superior to glabella on the frontal bone. The triangular fragment is located to the left of the midline. Four curvilinear fractures radiate inferiorly, laterally to the left and the right, and superolaterally to the left. The inferiorly radiating fracture extends into the ethmoid and the crista galli. Small bifurcations are present on two of the radiating fractures.

C. Impact Site C: A relatively large region of comminution, 67 X 34 mm in size, is centered at pterion, spanning portions of the left frontal, left parietal, left greater wing of the sphenoid, and the left temporal. Impact Site C is located within the comminuted region. The impact site is marked by a depressed bone fragment. A linear pattern is crushed into the external table of the fragment.

D. Impact Site D: A stellate fracture with a large displaced triangular fragment (16.8 X 9.5 X 19.4 mm) is located at the left lambdoid suture. Two curvilinear fractures and one diastatic fracture radiate from the stellate fracture. One curvilinear fracture radiates to the left and one radiates superiorly. The diastatic fracture courses to the right through the lambdoid suture.

E. Impact Site E: The impact site is located on the right lambdoid suture and is marked externally by a curvilinear fracture radiating inferiorly from the diastatic lambdoid suture. Internally, a roughly triangular bone fragment is present at the location.

F. Impact Site F: The comminuted region associated with Impact Site C contains a second impact site. The site is marked by spalling of the cortical bone and a complex fracture located within the temporal squama posterior to Impact Site C.

Nothing further....... ~SmD~ 9|3|2015

Case Number MLI5-2613
Analyst S. Derrick
Date 9|3|2015

APPENDIX 0292

Tracking-Sheet:   YES ☐   NO ☐

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES
### 1885 OLD SPANISH TRAIL
### HOUSTON, TEXAS 77054-2001
### *INVESTIGATOR REPORT*

**Height:** ft. - 64 in. **Weight:** 143 lbs. - oz.          **ML15-2613 - MEDICAL LEGAL**

| INVESTIGATOR | DATE AND TIME M.E. NOTIFIED | COMPANION CASE |
|---|---|---|
| ROXANNE PHATAK, SUPERVISORY FORENSIC INVESTIGATOR I | 7/21/2015 1:55:00 PM | |

| INVESTIGATION TYPE | | |
|---|---|---|
| SCENE INVESTIGATION | REPORTING AGENCY | |

| REPORTEE | HOUSTON POLICE DEPARTMENT | |
|---|---|---|
| CSU BARR | | CONTACT PHONE |
| POLICE REPORT# | | |
| 0941745-15- HPD | | |

| MANNER APPEARS TO BE | TRAUMA |
|---|---|
| HOMICIDE | BLUNT FORCE |

**DESCRIPTION OF TRAUMA:**

## DECEDENT INFORMATION

| DECEDENT FIRST | MIDDLE | LAST | TITLE |
|---|---|---|---|
| TUYET | N | TRAN | |

| RACE | SEX | DOB | AGE |
|---|---|---|---|
| ASIAN | FEMALE | 3/24/1967 | 48 YEARS |

| SOCIAL SECURITY | DRIVERS LICENSE | MARITAL STATUS | DECEDENT HOME PHONE |
|---|---|---|---|
| | | MARRIED | |

| RESIDENT ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 9226 SANDSTONE ST | HOUSTON | TX | 77036 |

## NEXT OF KIN (NOK)

| NAME OF NOK FIRST | MIDDLE | LAST | RELATIONSHIP TO DECEDENT |
|---|---|---|---|
| TRANG | | VU | SPOUSE |

| NOK HOME ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 9226 SANDSTONE STREET | HOUSTON | TX | 77036 |

| HOME PHONE | HOW NOTIFIED | NOTIFIED BY WHOM |
|---|---|---|
| 713-992-6864 | ON SCENE | |

**NOK NOTES:** The decedent is married; the spouse's name is unknown at this writing. He is a suspect in her death; charges may be pending. The decedent's two children are in CPS custody and are minors. Parents are unknown.

7/28/2015 @ 10:46AM FI M. FLORES
The spouse is listed as the NOK on this case. Det. Gilbert stated that he would call this office is anything changes or charges are filed.

## DEATH INVESTIGATION

| DATE OF DEATH AND TIME OF DEATH |
|---|
| 7/21/2015 10:00:00 AM |

| PLACE OF DEATH |
|---|
| 10800 BELLAIRE BLVD, HOUSTON, HARRIS, TX 77072 |

| PLACE OF DEATH: TYPE OF SCENE | LOCATION AND POSITION OF BODY |
|---|---|
| NAIL SALON | SUPINE ON FLOOR |

| PLACE OF INJURY |
|---|
| 10800 BELLAIRE BLVD, HOUSTON, HARRIS, TX 77072 |

| PLACE OF INJURY: TYPE OF SCENE |
|---|
| NAIL SALON |

| TYPE OF VEHICLE INVOLVED | # VEHICLE (S) INVOLVED | DECEDENT'S POSITION IN VEHICLE |
|---|---|---|
| | | |

| NOTES REGARDING WHILE AT WORK DEATH: |
|---|
| |

| FOUND DEAD BY | RELATIONSHIP TO DECEDENT |
|---|---|
| SPOUSE | |

| FOUND BY ADDRESS | PHONE # |
|---|---|
| SAME AS DECEDENT | |

| LAST KNOWN ALIVE DATE AND TIME | LAST SEEN ALIVE BY |
|---|---|

APPENDIX 0293

**Decedent:** TUYET N TRAN,
**Case Number:** ML15-2613

APPENDIX 0294
Revised 01/17/06

**Decedent:** TUYET N TRAN,
**Case Number:** ML15-2613

| BODY CONDITION | | BODY TEMPERATURE | |
|---|---|---|---|
| LIVIDITY: | | **First Reading** | **Second Reading** |
| | | **Date:** 7/21/2015 4:00:00 PM | **Date:** 7/21/2015 4:00:00 PM |
| RIGOR: | | **Temp:** 76.8F | **Temp:** 87.8F |
| | | **Type:** AXILLARY TEMP | **Type:** AMBIENT TEMP |

**DECOMPOSITION:** NONE

## HOSPITAL INFORMATION

| MEDICAL RECORD# | FIRST BLOOD OR CORD/PLACENTA | |
|---|---|---|
| | N/A | |
| TRANSPORTED FROM | METHOD USED FOR TRANSPORT | DATE AND TIME OF ARRIVAL |
| SCENE | | |
| CPR IN PROGRESS | ADMITTING DX | |
| PRONOUNCED DEAD BY | | |

## MEDICAL HISTORY

| PERSONAL PHYSICIAN | PHONE | CONSENT TO SIGN D.C | Inquest Only Cause of Death |
|---|---|---|---|
| UNK | | | |
| REASON IF DECLINED | ASSOCIATE | PHONE | |

| THE DECEDENT HAD A MEDICAL HISTORY OF: | |
|---|---|
| Cardiovascular Disease: | Chronic Obstructive Pulmonary Disease: |
| Diabetes: | Seizures: |
| High Blood Pressure: | Heart Disease: |
| Renal Failure: | Cancer: |
| Psychiatric Condition: | HIV/AIDS: |

NOTE REGARDING MEDICAL HISTORY :

UNK

## SOCIAL HISTORY

| TOBACCO | ALCOHOL | DRUGS |
|---|---|---|
| UNKNOWN | UNKNOWN | Unknown |

## IDENTIFICATION

| IDENTIFICATION IS | HOW IDENTIFIED | |
|---|---|---|
| POSITIVE | TDL COMPARISON | |
| LOCATION OF I.D. | | WITNESS MAKING I.D.: |
| AT SCENE | | DET GILBERT |
| DECEDENT WAS BROUGHT TO M.E. VIA: | DTS | |

## ORGAN PROCUREMENT

| REQUEST FOR ORGAN DONATION | REQUEST FOR TISSUE DONATION |
|---|---|
| DENIED OR RELEASED BY | CORNEAS REMOVED |
| NOTES REGARDING DONATION: | |

## OFFICER REQUEST

| OFFICER(s) | LEAD TIME REQUESTED |
|---|---|
| DET. GILBERT | |

APPENDIX 0295
*Revised 01/17/06*

**Decedent:** TUYET N TRAN,
**Case Number:** ML15-2613

## CLOTHING / PERSONAL EFFECTS LIST

| CATEGORY | CLOTHING | DESCRIPTION |
|---|---|---|
| SHIRT/BLOUSE | | |
| PANTS/SKIRT | | |
| UNDERGARMENT | | |
| FOOTWEAR | | |
| JEWELRY | | |
| OTHER | | |

| CURRENCY VALUE EACH | QTY | TOTAL CURRENCY | COIN VALUE EACH | QTY | TOTAL COIN (S) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total Currency: / Total Coins:**

**NOTES:**

**Decedent:** TUYET N TRAN,
**Case Number:** ML15-2613

Page 5 of 6

## INVESTIGATIVE INFORMATION

### Case Synopsis

The decedent was a 48 y/o AF who sustained blunt force head trauma. Trace scene.

### Decedent Physical Exam

The decedent was observed lying supine on the floor of a back supply/kitchen room. Both arms were bent at the elbow. The legs were stretched She was clothed in a black lacy top with bra underneath and jeans. One shoe was noted on the right foot. Blunt force trauma was noted of the head with approximately five open wounds exposing skull and brain. The decedent had $19 in her right back pocket. This was inventoried in the presence of HPD. Axillary temp was 76.8F. The bilateral hands were bagged. Lividity was blanching and consistent with her found position. Rigor was difficult to break in all extremities. Trace was performed by Analyst Zury Phillips.

### Scene Observation

The scene was located at Signature Beauty Show salon in the 10800 block of Bellaire Blvd, Houston, TX. The front entrance showed no signs of forced entry. Upon entering the business two large glass cases with nail and beauty products could be seen on either side. A knocked over display easel was seen on the floor. The back of the business contained approximately three rooms which had massage tables, supply/kitchen area and a bathroom. Several nail stations were set up alongside the wall. Evidence marker one indicated where a cash till and change were found. CSU collected the cash till prior to HCIFS arrival. Evidence marker 2 indicated where the decedent's wallet and TDL were found. The wallet was also collected prior to HCIFS arrival. Several shoe print impressions were circled by CSU on the hardwood floor leading back to where the decedent was located. Several misc. papers were noted on the ground. The room where the decedent was located contained a fridge, sink, folding chairs, a table with food items and several storage containers. Blood spatter was noted on the door, chairs, walls and fridge. Ambient temp was 87.8F.

### Narrative

According to Det. Gilbert, HPD Homicide, the decedent and her spouse own the nail salon in which she was found. There is a long standing history of domestic violence between the two; and it was reported their minor children are in CPS custody due to the spouse assaulting the decedent on multiple occasions.

The decedent was last seen alive by her spouse at approximately 8pm on 07-20-2015 when they both were counting cash inside the salon. The spouse reported to HPD that after counting the cash he left the business and headed home. He reported the decedent stayed behind. The following day, on 07-21-2015, the spouse noted the

APPENDIX 0297

*Revised 01/17/06*

**Decedent:**  TUYET N TRAN,                                                   Page 6 of 6
**Case Number:**   ML15-2613

decedent was not home and became concerned. He then drove to the nail salon and noted it was locked so he made entry with his key. He then found the decedent deceased with head trauma at the back of the business.

HPD reported the decedent's vehicle was found abandoned approximately one mile away from the salon with the driver window broken. The cash from the store was missing; however, the decedent's wallet with TDL were found on a table inside. HPD is suspicious of the spouse's story and detained him for questioning.

HPD would like to attend the exam with a one hour lead time.