# EXHIBIT S-1

APPENDIX 0366

# EXHIBIT S-1
# Crime Scene Photos

# FILED UNDER SEAL