# EXHIBIT T

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

(The Clerk's office will fill in the Cause Number and Court Number when you file this form.)

Cause Number: **2015 - 59680**

**Name Change of:** In the **257th** Court Number

☐ District Court ☐ County Court at Law

**TRANG KHANH VU** **Harris** County, Texas

Print current full legal name of person asking for name change.

## Petition to Change the Name of an Adult

(You must fill out every blank on this form or the judge will not be able to render a decision. Print your answers.)

### I. Petitioner

1. My current legal name is:
   **TRANG** (First) **KHANH** (Middle) **VU** (Last)

2. I ask the Court to change my legal name to:
   **ITANI** (First) **LOSANGEL** (Middle) **MILLENI** (Last)

3. The reason I want to change my name is:
   My wife passed away in July 20, 2015. Pain, grief and sorrow were to much and unbearable. Lonely and emptiness give me pain. I want to stand up and walk toward a better, happier future and to build a new, happy family.

### II. Discovery Level

The discovery level in this case, if needed, is Level 1.

### III. Personal Information

My personal information is as follows:

1. Home Address: **10910 Gold Point Dr. Apt #1106 Houston, TX 77064**
   street address / city / county / state / zip code

2. Social Security Number: ███████████
   Or ☐ I don't have a Social Security Number.

3. All driver's license numbers issued to me during the last 10 years:

   | Driver's License Number | State that Issued License |
   |---|---|
   | ███████████ | Texas |

   Or ☐ I have not had a driver's license during the last 10 years.

© TexasLawHelp.org, Petition to Change the Name of an Adult, February 2014

4. Date of birth: __Dec  6  1969__
                   month  day  year

5. Place of birth: _____ _____ _____ __Bien Hoa  Vietnam__
                   city  county  state  country

6. Gender: *(Check one.)* ☑ Male ☐ Female

7. Race: __Vietnamese - Asian.__

## IV. Criminal History

1. Have you ever been **charged** with a Class A or B misdemeanor or a felony? ☐ Yes ☑ No
   *If yes –* Write your FBI or SID numbers, if known:
   FBI (Federal Bureau of Investigations) # _____
   SID (State Identification) # _____

   List **all** Class A or B misdemeanors and felonies with which you have been charged, whether or not you were convicted. If you need more space, attach an additional page.

   | Offense | Case Number | County | Court Number | Court |
   |---------|-------------|--------|--------------|-------|
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |

2. Have you ever been **convicted** of a felony that has not been pardoned? ☐ Yes ☑ No
   *If yes –* The court **may** order your name changed **if** at least 2 years have passed since you received a certificate of discharge from the Texas Department of Criminal Justice or completed court ordered community supervision or juvenile probation. *You must attach proof from the Texas Department of Criminal Justice.*

   List **all** of your **felony convictions** here. If you need more space, attach an additional page.

   | Offense (convicted) | Cause Number | County | Court Number | Court |
   |---------------------|--------------|--------|--------------|-------|
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |
   | _____ | _____ | _____ | _____ | ☐ District Court / ☐ County Court |

Unofficial copy Office of Chris Daniel District Clerk

3. Are you required to register as a sex offender? ☐ Yes ☒ No
   *If yes – You must submit to local law enforcement a completed Sex Offender Update Form to notify them that you are changing your name. You must attach a copy of the form you submitted.*

## V. Prayer

I believe this name change is in my interest or benefit and in the interest of the public.

I ask the Court to make an Order to change my name, and any other Orders I may be entitled to.

I swear under oath that the facts stated in this Petition are true and correct. I understand I could be prosecuted for lying on this form.

You must either:  1) sign this form in front of a notary public <u>or</u>
2) if you cannot sign in front of a notary public, sign this form and sign and attach a completed "Unsworn Declaration" form.

_____    Oct 9th, 2015
Signature of the person asking for a name change.    Date

**Notary fills out below.**

State of Texas, County of __HARRIS__
*(Print the name of county where this affidavit is notarized.)*

Sworn to and subscribed before me, the undersigned authority, on this date: __Oct. 7th, 2015__
by __TRANG K VU__
*(Print the name of the person who is signing this Petition. NOT the notary's name.)*

JYOTI KUMAR
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 3/3/18

▶ _Jyoti Kumar_
Notary's signature

*You MUST attach these documents to your Petition:*

☐ A legible and complete set of your fingerprints on a fingerprint card in a form acceptable to the Texas Department of Public Safety and Federal Bureau of Investigations. Write "**Exhibit A**" at the top.

☐ If you were convicted of a felony and it has been at least 2 years since you were discharged or completed probation or parole, attach proof from the Texas Department of Criminal Justice for each conviction. Write "**Exhibit B**" at the top.

☐ If you are required to register as a sex offender, attach a copy of the *Sex Offender Update* form you submitted to local law enforcement notifying them you are asking the Court to change your name. Write "**Exhibit C**" at the top.