# EXHIBIT X

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RELIASTAR LIFE INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:17-cv-02818 |
| TRANG VU, P.T., a minor, and D.T., a minor, | § § § | |
| Defendants. | § | |

**AFFIDAVIT OF WENDELL GILBERT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, this day, personally appeared Wendell Gilbert, known to me to be the person whose name is subscribed to this instrument and having been duly sworn on his oath did depose and say as follows:

1. My name is Wendell Gilbert. I am over the age of 18 years, have never been convicted of a felony, and am competent to make this affidavit. The statements in this affidavit are within my personal knowledge and are true and correct.

2. I am a Homicide Detective for the Houston Police Department. I am the lead investigator for the investigation of the murder of Tuyet Tran (Incident No. 941745-15). This is an open murder investigation, and Trang Vu is the only suspect.

3. Based on the investigation to date, the most likely murder weapon is a hammer-like object with edges, consistent with a small hand ax.

4. I personally searched Mr. Vu's vehicle on July 21, 2015. I did not observe a small hand ax in his car.

5. Attached as Exhibit 1 to this affidavit, labeled TRAN 1464–1467, is a true and correct copy of the Investigator's Polygraph Report for Case No. 841745015 that was obtained during the course of the investigation of Tuyet Tran's murder.

FURTHER AFFIANT SAYETH NOT.

Wendell Gilbert

SWORN TO AND SUBSCRIBED before me on the 15th day of January 2019.

Notary Public, State of Texas

Page | 1

