# EXHIBIT X-1



# HOUSTON POLICE DEPARTMENT
## POLYGRAPH SERVICES

### INVESTIGATOR'S POLYGRAPH REPORT

| | | | |
|---|---|---|---|
| **EXAM DATE:** | 07/29/2015 Wednesday | **CASE #** | 941745-15 |
| **EXAM LOCATION:** | 1200 Travis 8th fl. | **EXAMINEE:** | Vu, Trang V. |
| **EXAMINER:** | R. Montoya | **AGENCY / DIVISION:** | HPD/ Homicide Division |
| **OFFICE #** | 713-308-2554 | **INVESTIGATOR:** | W. Gilbert |
| **EXAMINEE IS:** | Suspect | **CONTACT #** | 713-308-3611 |

| **PREVIOUS POLYGRAPH?** | No | **IF YES, EXPLAIN:** | N/A |
|---|---|---|---|

| **TYPE OF EXAM ADMINISTERED:** | AFMGQT-3 Question (version 2) |
|---|---|

| **RELEVANT QUESTION #** | R4 | Did you plan with anyone to cause the death of your wife?<br>Examinee's answer: No. |
|---|---|---|

| **RELEVANT QUESTION #** | R5 | Did you cause the death of your wife?<br>Examinee's answer: No. |
|---|---|---|

| **RELEVANT QUESTION #** | R7 | Did you put any of your wife's cell phones in that trash can?<br>Examinee's answer: No. |
|---|---|---|

| **BRIEF SUMMARY / NOTES:** | **PRE-TEST NOTES:**<br><br>I, examiner R. Montoya, met with Officer Gilbert and received a case briefing in regards to this case.  I met with Mr. Trang K. Vu in the front lobby of Polygraph Services around 9:23 am. I asked Mr. Vu if he could follow me to room #841 for the polygraph examination. Upon entering the room, I told Mr. Vu that I had already activated the audio & video recording devices and we needed to introduce ourselves for the record, in which we did. I told him he was free to leave at any time because he was not under arrest. I explained the polygraph process overview to Mr. Vu. I asked him if he was here for an on-going investigation with Houston Police Department in regards to the murder of his wife, Tran Tuyet on 07/21/2015. I told Mr. Vu if needed to take a restroom break or water break he could let me know. |
|---|---|

**CONTINUE PRE-TEST NOTES:**

I asked Mr. Vu if he could turn off his cell phone so we would not get any interruptions. He said he would. I asked him to read the Consent Form to himself and to let me know if he understood it. Mr. Vu said he understood it and he signed the form to give me consent to administer the polygraph examination.

I asked Mr. Vu some medical and background questions. I asked Mr. Vu if he could let me know what happened the day in question. He started off talking about the day before on how he and his wife had a date. He then talked about the day of the incident when he arrived at his and his wife's business. He said this business was a beauty school where he and his wife would invite teachers (husband & wife team: Calvin & Lucy) to instruct students how to do nails and other beauty services. He said at the end of the school day the only people that were still in the school were him, his wife and the two beauty instructors. He said his wife and the two instructors began to count the money they had made for that day. He said he was cleaning when a young black male came inside the business through the front door. He said the black male did not say anything, but was glancing at what they were all doing. He said they all got scare in fear of being robbed, but they did not scream or panic. He said the black male left soon after and his wife asked him where his gun was. He said he stepped outside to his vehicle to get his handgun. He said he came back into the business and told the others they were safe and not to worry. He said they all hurried up and finished counting the money. He said he saw Calvin put a handful of money in his pocket after they had finished counting it. He said he saw Lucy whisper something into his wife's ear (At this point Mr. Vu becomes very emotional). Mr. Vu said he helped Lucy and Calvin load up their luggage in their truck. He said Lucy and Calvin left and he told his wife they should go as well. He said they left soon after, but he said his wife left after him. He said he believes his wife locked up the business and left, but came back because she forgot something. I asked him if he physically saw his wife lock up the business and get in her car. He said he did not. He said when he left the business he noticed the same black male that walked in their business earlier was outside talking to another black male in the parking lot. Mr. Vu said he believes his wife was ambushed by the black males. I asked Mr. Vu if he had surveillance cameras at his business. He said he did not. He said around 1am he received a phone call from Cindy. He said he was up paying bills on his computer. He said Cindy was allowing his wife to stay with her since they were separated. He said Cindy told him his wife had not come home and she was beginning to worry about her. He said he tried to call his wife many times, but she never answered her cell phone. He said he thought maybe his wife went to stay with Ana, another friend of hers. He said he finished paying his bills on his laptop and he went to bed. He said the next morning he went to work and later he received a call from one of their customers stating she was at business, but it was closed. Mr. Vu told the customer not to worry that his wife would sometimes run late to open up and she should be there shortly. He said he tried to call his wife, but she did not answer. He said he continued working. He said later on his business partner/friend called him and told him the business looked like someone broke into the business. Mr. Vu said on his way to his business he called 9-1-1 and they had told him the police were already there. Mr. Vu said he then went to the business and found police were already at the location. He said the police would not allow him to enter the business and they told him his wife was dead.

I asked Mr. Vu if he had locked the business after he went to his car to get his gun. He said, "No." I asked why not. He said he did not have to lock it since he had his gun. A few minutes later Mr. Vu said he did lock the door after getting his gun from his car. He said he, his wife, Lucy and Calvin were watching the black males in the parking lot through the window blinds. I asked Mr. Vu what his wife did with her share of the money they made that day. He said, "I don't know. She put it in her purse." I asked him if his wife left any money out or behind. He said, "No." Mr. Vu then stated his wife usually leave one hundred dollars cash in the register for change. I asked Mr. Vu if the black males were still outside in the parking lot when he left the business and he said, "I don't know" (this contradicts what Mr. Vu stated earlier in this interview). I asked Mr. Vu if he could draw what the business looked like from inside. He said yes and did so. I asked Mr. Vu where his wife's body was found. He said, "They say, police say they dragged my wife's body to back here (showing me on the drawing)." He said after police allowed him inside his business he noticed the numerous place he saw blood in the back room. He said he did not see his wife's purse so he believed they had took her purse. He said he was not sure. I asked him if his wife had any cell phones and he said she did. He said they broke his wife's cell phone and he believes they did that so his wife could not call the police. I asked him if he knew how his wife had died. He said he thought they had stabbed her because the police said there was blood everywhere. Mr. Vu said he found out she was beaten because there was blood everywhere in the back of the business. I asked him if he knew what his wife was wearing that day. He said she was wearing a blouse and a pair of jeans. I asked him if anything else was stolen from the business. Mr. Vu said, "Oh they stole the car." He said the police found his wife's car at a parking lot not far from his business.

CONFIDENTIAL

**CONTINUE PRE-TEST NOTES:**

I asked Mr. Vu what the police have told him about what happened at the business. He said the investigators are saying he killed his wife. He said his friends are saying he killed his wife as well because of the domestic abuse in the past. Mr. Vu apologizes to me immediately afterwards. He then stated he and his wife did not fight or have an argument that night. He said he has fought with his wife before, but not enough to kill his wife like that. I explained to Mr. Vu that his wife's death was caused by blunt force trauma to her head. I told him his wife's vehicle was found at a location not far from the business. I told him the keys were found inside the vehicle. I asked him what happened to the food they had catered to their business that day. He said they left the food out. I asked Mr. Vu if he knew what happened to his wife's cell phones. He said they smashed her cell phones.

I asked Mr. Vu how he felt about being interviewed in regards to this case. He said, "I feel relief." He said he wants the police to help him catch the person who did this to his wife so he can put an end to his pain. I asked Mr. Vu if he had caused his wife's death. After a brief pause Mr. Vu stated, "No. I did not." I asked him if he knew for sure who caused his wife's death. He said, "The black guy. I believe the black guy or his friend. He went out to talk to his friend." I asked him if he knew for sure who caused his wife's death. He said, "No sir." I asked Mr. Vu if he participated with anyone to cause his wife's death. He said, "No sir." I asked him what kind of punishment the person should get that killed his wife. He said, "Put in prison and uh. Put in prison and arrest him and apologize to my wife, to my family and kids. I don't know if apologize is going to work cause it is so much pain. Maybe he can pay back with his, I don't know, death. I don't know if that's going to work. I don't know, but I feel he should pay back." I asked him if the person who killed his wife deserves a second chance. After an 8-9 second pause he said, "Well, he should not deserve a second chance. If he needed the money he could of just took the money. He doesn't, he didn't have to kill. Because he took the money and he killed so I guess he need to pay for his murder, his killing. I'm mad at him too. I'm upset." I asked Mr. Vu if anyone had told him that they found his wife's cell phones in the trash. He said, "No." I asked him how he felt his polygraph result would turn out. He said, "I told you the truth and that's what going to happen. Is the truth." I asked Mr. Vu if there was anything else he would like to talk about. He said, "I feel upset about him or his friend whoever. I feel upset about that." I asked him why. He said, "But what can I do. I can't shoot him. If he had robbed when I was there I could have shoot him cause I have my right, but what can I do now. Uh so I'm mad for he did it. I'm mad at him that he did it. My wife gone. I can't do anything now, but if I kill him what's that going to help. So I'm in a bad situation. I lost already and I don't. I want to make him pay. I could have shot him if it happened if I was there, but it didn't happen there. So even if you caught the guy what could I do? I can't kill him. So I'm upset about that, that's all. It's just uh, but I can't bring something back, can't help it. Help so much, not much I can."

I asked Mr. Vu if he wanted to take a restroom break and he said he only wanted some water. I stepped out to get his water and returned to the room. I asked Mr. Vu if there was any possibility when the investigators go back to check the cameras where his wife's car was found that they would find him on the cameras. He said, "I don't know. What they talking about? I wasn't there. I didn't steal my wife's car. I didn't put it there. Why would I be on the camera?" I stepped out to take a quick break and then returned to continue with the data collection of the acquaintance and AFMGQT examination.

**POST TEST NOTES:**

When I returned to the polygraph room to give Mr. Vu his result I asked him how he felt. He stated he was tired. I gave Mr. Vu his result and asked him if he could explain it. He said he knew him and his wife were wrong by lying to Immigration about a fake marriage. I told him I did not ask him anything in regards to that on his exam. I told him I was talking about killing his wife. I told him the result of his polygraph exam confirmed to me he was involved in killing his wife. He said he was guilty of beating her before and throwing a chair at her, but he said he did not kill her like that. Mr. Vu said that I was like everyone else; because we all think he killed his wife. Mr. Vu kept apologizing throughout the interview, but would never elaborate on why he was apologizing. I asked Mr. Vu if he hired that black guy to kill his wife. After a brief pause he said, "No, I did not hire him." Mr. Vu continued to deny killing his wife. He said he goes through pain everything I accuse him. I told him he should have pain over the loss of his wife not when I am questioning him over killing his wife. Mr. Vu once again he mentioned he was very tired and he apologized for not passing the exam. Once again he mentioned he was lost and tired. I asked him how I could help him. He said he wanted to get some rest. I asked him where he would like to rest and he said, "Back to my room." I asked him was he talking about his hotel room and he said yes. He apologized and I told him not to do so. I asked him if he would be ok while I contacted the investigators. He said, "I'm fine sir." I asked him if he wanted me to call medics to check on him. He said, "No, I'm fine." I stepped out to inform the investigator of Mr. Vu's condition and that the examination would be terminated. I came back to the polygraph room and escorted Mr. Vu to the investigator who was waiting on him outside in the hallway.

| | **CONTINUE POST TEST NOTES:** |
|---|---|
| | I returned to the polygraph room to stop the audio and video recording. |
| | **NOTE:** I spoke with Officer Gilbert and reviewed the result and above information with him. |

| | |
|---|---|
| **EXAMINER OPINION:** | *DECEPTION INDICATED* <br> *(Q.C. by R. Golden)* |

CONFIDENTIAL

APPENDIX 1467