# EXHIBIT Z

APPENDIX 0435